# EXHIBIT A

# EXHIBIT A

 Sara Sidner
@sarasidnerCNN

 Follow

Young white men surround Native American elders and mock them at Indigenous rally in DC. America we need to talk. Because this is not who we are is it?
twitter.com/lulu_says2/sta ...

This Tweet is unavailable.

8:52 AM - 19 Jan 2019 from Los Angeles, CA

34 Retweets  79 Likes  

💬 120   ⟲ 34   ♡ 79   ✉



**Lulu Says** @lulu_says2

Replying to @2020fght

It's even worse when you see the full mob effect.

1:16 AM - 19 Jan 2019

12,950 Retweets  28,887 Likes

4.5K   13K   29K

**Lulu Says** @lu_u_says2 · 13h
Replying to @lu_u_says2 @2020fght

I dgaf if they are minors. They need to be identified. What school are they from? Who was chaperoning them? This is one of the most horrific displays of ignorance, racism & disrespect. My god. I feel sick.

1.5K   7.8K   23K

**Lulu Says** @lu_u_says2 · 12h

I found the young lady who took video. This was written by her friend. She's turned her ·G comments off. She's strong but tired 2. She wants us 2 spread awareness but not words/threats of violence. She wants the kids 2 apologize. She's wise & kind. It's 3am. I'll b back later