# EXHIBIT P

# EXHIBIT P

Case: 2:19-cv-00031-WOB-CJS Doc #: 1-16 Filed: 03/12/19 Page: 2 of 2 - Page ID#: 122

2/19/2019 SE Cupp Unfiltered on Twitter: "Teens in MAGA gear mock a Native American Vietnam vet, and @secupp wishes she could tell them ther...



**SE Cupp Unfiltered** ✓
@UnfilteredSE

Follow

Teens in MAGA gear mock a Native American Vietnam vet, and @secupp wishes she could tell them there's no place for this in our society. "Unfortunately, that's wrong. Adults model this very behavior all the time—on social media and on the street. And it's awful."



S.E. Cupp Unfiltered: Sat, 6-7 p.m. ET on CNN

4:57 PM - 19 Jan 2019

1,044 Retweets  3,911 Likes

💬 4.2K   🔁 1.0K   ❤ 3.9K   ✉

Tweet your reply

**Tracy I** @big7x7 · Jan 20
Replying to @UnfilteredSE @secupp
Apologize you got it all wrong.

💬 2   🔁 5   203   ✉