# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN and JULIE SANDMANN**, <br><br> Plaintiff, <br><br> v. <br><br> **CABLE NEWS NETWORK, INC.**, <br><br> Defendant. | Civil Action No. 2:19-CV-31-WOB-CJS <br><br><br> **DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** <br><br> Oral Argument Requested |

Defendant Cable News Network, Inc., by and through its undersigned counsel, hereby moves this Court for an Order dismissing Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). As set forth in the accompanying Memorandum of Law in Support, Plaintiff's Complaint fails to state a claim upon which relief can be granted.

Pursuant to Rule 7.1(f) of the Eastern District of Kentucky's Joint Local Rules, Defendant Cable News Network, Inc. requests oral argument on the Motion to Dismiss.

                                                         Respectfully submitted,

                                                  */s/ James E. Burke*

| | |
|---|---|
| Charles D. Tobin (*pro hac vice*) <br> Maxwell S. Mishkin (*pro hac vice*) <br> BALLARD SPAHR LLP <br> 1909 K Street, NW, 12th Floor <br> Washington, DC 20006 <br> Telephone: (202) 661-2200 <br> Fax: (202) 661-2299 <br> tobinc@ballardspahr.com <br> mishkinm@ballardspahr.com | James E. Burke (*pro hac vice*) <br> Sarah V. Geiger (KBA No. 96173) <br> Amanda B. Stubblefield (KBA No. 96213) <br> KEATING MUETHING & KLEKAMP PLL <br> One East Fourth Street, Suite 1400 <br> Cincinnati, OH 45202 <br> Telephone: (513) 579-6400 <br> Fax: (513) 579-6457 <br> jburke@kmklaw.com <br> sgeiger@kmklaw.com <br> astubblefield@kmklaw.com <br><br> *Counsel for Defendant Cable News Network, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, I electronically filed the foregoing Motion to Dismiss via the CM/ECF system, which will send notice of filing to all parties of record.

/s/ James E. Burke
James E. Burke