Exhibit 9

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| 1. | 148(a), 172(c)(1) | "HEARTBREAKING VIRAL VIDEO . . . Viral video appears to show teens harassing Nathan Phillips in DC" | Not of and concerning Sandmann<br><br>Substantially true |
| 2. | 148(b), 172(c)(ii) | "HEARTBREAKING VIRAL VIDEO . . . 'I'M A VIETNAM VETERAN AND I KNOW THAT MENTALITY OF 'THERE'S ENOUGH OF US, WE CAN DO THIS''" | Not of and concerning Sandmann<br><br>No defamatory meaning |
| 3. | 148(c), 172(c)(iii) | "NATIVE AMERICAN WAR VET: 'THIS YOUNG FELLA PUT HIMSELF IN FRONT OF ME AND WOULD NOT MOVE" | Substantially true<br><br>No defamatory meaning |
| 4. | 148(d)<br><br>181(b) | "We are hearing from a Native American elder and Vietnam War veteran speaking to CNN after a disturbing viral video shows a group of teens harassing and mocking him in the nation's capital."<br><br>"A Native American elder and Vietnam war veteran is speaking to CNN after a disturbing viral video shows this group of teenagers harassing and mocking him." | Not of and concerning Sandmann<br><br>Substantially true<br><br>Subjective opinion<br><br>Opinion based on disclosed facts |
| 5. | 148(e) | "Nathan Phillips was beating his drum and singing an American Indian protest song . . . when he saw a clash erupting between a group of teenaged students and four African American young men preaching about the bible and oppression . . . ." | Not of and concerning Sandmann<br><br>Substantially true<br><br>No defamatory meaning |

1

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| 6. | 148(f), 172(c)(iv), 181(c), 189(f) | "'When I was there and I was standing there and I seen that group of people in front of me and I seen the angry faces and all of that I realized I had put myself in a really dangerous situation, you know, it was like here is a group of people who were angry at somebody else and I put myself in front of that and all of a sudden I am the one who all that anger and all that wanting to have the freedom to just rip me apart, you know, that was scary.  I'm a Vietnam times veteran and I know that mentality of 'there's enough of us, we can do this.'" | Not of and concerning Sandmann

Subjective opinion |
| 7. | 148(g), 172(c)(v), 181(d) | "Then Phillips describes the tense moments now being replayed over and over again online when a young man got right in his face, watch."

"He [Phillips] said the young man got right in his face." | Substantially true

No defamatory meaning |
| 8. | 148(h), 172(c)(vi), 181(e) | "'When I started going forward and that massive groups of people started separating and separating and moving aside to allow me to move out of the way, or to proceed, this young feller put himself in front of me and wouldn't move.  And, so I couldn't – if I took another step, I would be putting my person into his presence, into his space, and I would have touched him, and that would have been the thing that the group of people would have needed to spring on me.'" | Substantially true

No defamatory meaning |

2

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| 9. | 148(i), 157(d), 165(i), 172(c)(vii), 216(h)<br><br>181(f) | "We condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general, Jan. 18, after the March for Life, in Washington, D.C.  We extend our deepest apologies to Mr. Phillips.  This behavior is opposed to the Church's teachings on the dignity and respect of the human person.  The matter is being investigated and we will take appropriate action, up to and including expulsion . . ."<br><br>"The Roman Diocese has condemned those teens' actions." | Not of and concerning Sandmann<br><br>Subjective opinion |
| 10. | 157(a) | "'SHAMEFUL ACT [–] VIRAL VIDEO CAPTURES TEENS MOCKING NATIVE AMERICAN VETERAN." | Not of and concerning Sandmann<br><br>Substantially true<br><br>Subjective opinion<br><br>Opinion based on disclosed facts |
| 11. | 157(b) | "You've probably seen it by now, the viral video sweeping the Internet of a mob of MAGA hat wearing high school students surrounding a Native American chanting and drumming in the nation's capital at the Indigenous Peoples March." | Not of and concerning Sandmann<br><br>Substantially true<br><br>No defamatory meaning |

3

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| 12. | 157(c) | "He and others were harassed and taunted by students from Covington Catholic High School, a private all boys school in Kentucky . . . ." | Not of and concerning Sandmann<br><br>Substantially true<br><br>Subjective opinion |
| 13. | 157(e) | "Well those are some tough words, and clearly these boys are not getting a good education, because it makes little sense to angrily chant 'build the wall' to a population with literally zero illegal immigrants, who were here long before we were." | Not of and concerning Sandmann<br><br>Subjective opinion<br><br>No defamatory meaning |
| 14. | 157(f) | "Nathan Phillips has told CNN that these kids originally started shouting at a group of African-Americans and he walked between them trying to break up the shouting match that followed. What did you think when you saw these kids starting to circle Nathan Phillips?" | Not of and concerning Sandmann<br><br>No defamatory meaning<br><br>Substantially true |
| 15. | 157(g) | "As an attorney I felt that this qualified as a legal definition of assault. They were causing an apprehension, an objective fear of offensive contact or harm." | Not of and concerning Sandmann<br><br>Opinion based on disclosed facts |
| 16. | 157(h) | "What you mentioned, they originally started by taunting a group of African-Americans, they moved over to Nathan Phillips and your group." | Not of and concerning Sandmann<br><br>Subjective opinion |

4

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| 17. | 165(a) | "Teens in Make America Great Again hats taunted a Native American elder at the Lincoln Memorial" | Not of and concerning Sandmann<br><br>Subjective opinion<br><br>Substantially true |
| 18. | 165(b)<br><br><br>216(b) | "A crowd of teenagers surrounded a Native American elder and other activists and mocked them after Friday's Indigenous Peoples March at the Lincoln Memorial."<br><br>"A crowd of teenagers surrounded a Native American elder and other activists and appeared to mock them after Friday's Indigenous Peoples March at the Lincoln Memorial." | Not of and concerning Sandmann<br><br>Subjective opinion<br><br>Opinion based on disclosed facts<br><br>Substantially true |
| 19. | 165(c)<br><br><br>216(d) | "'I did not feel safe in that circle,' said Kaya Taitano, a student at the University of the District of Columbia who participated in the march and shot the videos."<br><br>"Kaya Taitano, a student at the University of the District of Columbia, participated in the Indigenous Peoples March earlier in the day. She said the teens were chanting things like 'Build the wall' and 'Trump2020.' . . . 'I did not feel safe in that circle,' she said." | Not of and concerning Sandmann<br><br>Subjective opinion |

5

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| **20.** | 165(d) | "She [Taitano] told CNN that the teens were chanting things like 'Build the wall' and 'Trump 2020.'" | Not of and concerning Sandmann<br><br>No defamatory meaning |
|  | 201(d) | "Kaya Taitano, who shot the viral video, said the teens were chanting 'Build the wall' and 'Trump2020.'" |  |
|  | 216(d) | "Kaya Taitano, a student at the University of the District of Columbia, participated in the Indigenous Peoples March earlier in the day. She said the teens were chanting things like 'Build the wall' and 'Trump2020.' . . . 'I did not feel safe in that circle,' she said." |  |
| **21.** | 165(e) | "Taitano said the whole incident started when the teens and four young African-Americans, who'd been preaching about the Bible nearby, started yelling and calling each other names." | Not of and concerning Sandmann<br><br>No defamatory meaning |
| **22.** | 165(f), 216(e) | "Phillips walked through the crowd, and Taitano said things were starting to calm down until he got to the grinning boy seen in the video. 'This one kid just refused to move and he just got in Nathan's face,' she said." Other boys circled around, she said. 'They just surrounded him and they were mocking him and mocking the chant . . . .'" | Substantially true<br><br>Subjective opinion<br><br>Opinion based on disclosed facts |
|  | 201(e) | "The situation was starting to grow calm until Sandmann got in Phillips' face, Taitano said. Phillips kept chanting and beating his drum as other boys circled around, 'mocking him and mocking the chant,' Taitano said." |  |

6

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| 23. | 165(g), 216(f) | "'I was scared, I was worried for my young friends. I don't want to cause harm to anyone,' Phillips told CNN's Sara Sidner. 'I don't like the word 'hate.' I don't like even saying it, but it was hate unbridled. It was like a storm.'" | Subjective opinion<br><br>No defamatory meaning<br><br>Not of and concerning Sandmann |
| | 201(f) | "Phillips said the teen blocked his path as he tried to keep moving. 'I was scared,' Phillips told CNN's Sara Sidner. 'I don't like the word 'hate.' I don't like even saying it, but it was hate unbridled. . . .'" | |
| | 216(c) | "Nathan Phillips, an elder with the Omaha Tribe, said the confrontation felt like 'hate unbridled.' In the moment, he said he was scared for his safety and the safety of those with him." | |
| 24. | 165(h), 216(g) | "'What the young man was doing was blocking my escape. I wanted to leave. I was thinking, 'How do I get myself out of this? I want to get away from it,' Phillips said." | Substantially true<br><br>No defamatory meaning |
| | 201(c) | "Phillips has said the teen [Sandmann] blocked his escape." | |
| | 227(f) | Asked if he should have walked away, Phillips said he tried but couldn't. 'I was blocked,' he said." | |
| 25. | 165(j) | "Phillips also appeared upset in a video Taitano posted after the confrontation. He wiped away tears as he talked about the chants of 'build that wall.'" | Not of and concerning Sandmann<br><br>No defamatory meaning |
| | 216(i) | Video of Phillips saying "I heard them saying, 'Build that wall, build that wall.'" | |

7

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| 26. | 172(a), 207(b) | "Native American man confronted by teens speaks out." | Not of and concerning Sandmann<br><br>No defamatory meaning<br><br>Substantially true |
| 27. | 172(b)<br><br><br><br><br>235(d) | "Nathan Phillips, a Native American elder with the Omaha tribe, shares how he felt after he was mocked by a crowed of teenagers wearing 'Make America Great Again' hats during the Indigenous Peoples March in Washington."<br><br>"[Phillips] felt like he was being mocked . . . ." | Not of and concerning Sandmann<br><br>Subjective opinion<br><br>Opinion based on disclosed facts |
| 28. | 181(a) | "VIRAL VIDEO [–] MAGA HAT TEENS TAUNT NATIVE AMERICAN AT INDIGENOUS PEOPLES MARCH." | Not of and concerning Sandmann<br><br>Substantially true<br><br>Subjective opinion |
| 29. | 189(b) | "Phillips described what he felt was hatred coming from the young people in the crowd, who are pupils at Covington Catholic School in Kentucky . . . ." | Not of and concerning Sandmann<br><br>Subjective opinion |

8

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| **30.** | ¶ 189(c) | CNN question: "Tell us what happened, what transpired between you and the young people who were all standing around you? How did you end up surrounded by this group of young people with the MAGA hats on?"<br><br>Phillips Answer: ". . . it escalated into an ugly situation that I found myself in the middle of. Yeah, I found myself in the middle of it, sort of woke up to it." | Not of and concerning Sandmann<br><br>Subjective opinion<br><br>No defamatory meaning |
| **31.** | 189(d) | CNN question: "What did it feel like that you were witnessing?"<br><br>Phillips Answer: "Oh, what I was witnessing was just hate? Racism? Well, hate. What I'm saying is that when these folks came there, these other folks were saying their piece, and these others they got offended with it because they were both just expressing their own views. And if it's racism, that's what it was because the folks that were having their moment there, they were saying things that I don't know if I agreed with them or not, but some of it was educational, and it was truth, and it was history about religious views and ideologies, but these other folks, the young students, they couldn't see it. They had one point of view, it seemed, and that was their point of view was the only point of view that was worthwhile." | Not of and concerning Sandmann<br><br>Subjective opinion |

9

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| **32.** | 189(e) | CNN question: "Were you trying to calm the situation down basically when you saw kind of things seemed to spiral out of control?"<br><br>Phillips Answer: "I think so. I think that was the push, that we need to use the drum, use our prayer and bring a balance, bring a calming to the situation. . . . It looked like these young men were going to attack these guys. They were going to hurt them. They were going to hurt them because they didn't like the color of their skin. They didn't like their religious views. They were just here in front of the Lincoln – Lincoln is not my hero, but at the same time, there was this understanding that he brought the (Emancipation Proclamation) or freed the slaves, and here are American youth who are ready to, look like, lynch these guys. To be honest, they looked like they were going to lynch them. They were in this mob mentality. . . . To allow such hate and racism . . ." | Not of and concerning Sandmann<br><br>Subjective opinion |

10

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| **33.** | 189(g) | CNN question: "The young man that was standing in front of you, what was he doing and what was he trying to do as you were playing the drum. Were you fearful? Were you trying to leave?"<br><br>Phillips Answer: ". . . I had realized where I'm at and what I was doing, and I realized there was other people with me and I didn't want them to get hurt because there was 100-plus of these young men who were well-fed and healthy and strong and ready to do harm to somebody. And they just wanted that point of 'This is it' and spring. If this young man thought that he was [at] that point and what I was trying to do, I realized where I was at. I needed an out. I needed to escape. I needed to get away. I needed to retreat somehow, but the only way I could retreat at that moment, is what I see, is just to go forward, and when I started going forward and that mass of groups of people started separating and moving aside to allow me to move out of the way or to proceed, this young fellow put himself in front of me and wouldn't move. If I took another step, I would be putting my person into his presence, into his space and I would've touched him and that would've been the thing that the group of people would've needed to spring on me. Because if I would've reached out with my drum or with my hands and touched him, that would've given them – I did that. I struck out, and that's not what I was doing. The song I was singing, the reason for it, was to bring unity and to bring love and compassion back into our minds and our beings as men and as protector of what is right. . . ." | Substantially true<br><br>Subjective opinion |

11

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| **34.** | 189(h) | CNN question: "Does it feel like hatred toward you because the kids will say, 'Oh we were just chanting our school chants and this person came in between us as we were chanting our school chants and we were not being hateful.' What did it feel like to you?"<br><br>Phillips Answer: "I'm sorry. I don't mean to laugh. Well, yes, I do, I guess. I heard that rhetoric before and it's just one of those things, it's got to be like water off a duck's back. Time for lies to not be accepted anymore. I don't accept their 'I'm just chanting a school chant.'" | Not of and concerning Sandmann<br><br>Subjective opinion<br><br>Substantially true |
| **35.** | 189(i) | CNN question: "Was there fear? . . . What did it feel like in that scenario for you as you were standing there sort of surrounded and the chants were going on and the young man was standing sort of in your face?"<br><br>Phillips Answer: "When they said, 'Let's go hit the drum, let's go sing, let's reclaim our space here' because this was the Indigenous Peoples March rally, and when these two groups came together and started that and I was witnessing as it escalated from just two small groups, then the other one just went back and got more people, went back and got more people, went back and got more people until there were over 100 people, maybe 200 young men there facing down what, four individuals? Why did they need 200 people there other than it's hate and racism? They had their target. They had their prey." | Not of and concerning Sandmann<br><br>Subjective opinion |

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| 36. | 189(j) | CNN question: "Were they being hateful, just bottom line? Did you feel hate from this group of people? Did it feel like they were being aggressive?"<br><br>Phillips Answer: "I do believe that's all I could feel, and I don't like feeling it." | Not of and concerning Sandmann<br><br>Subjective opinion<br><br>No defamatory meaning |
| 37. | 189(k) | CNN question: "One of the things they said is we weren't protesting against Native Americans. We were there for the March for Life and we were just chanting – and this is kind of putting the blame on you – and that this person came into our space and we were just getting all hyped up. Do you buy that?"<br><br>Phillips Answer: "Not in the least." | Not of and concerning Sandmann<br><br>Subjective opinion<br><br>No defamatory meaning |
| 38. | 189(l) | CNN question: "What really happened?"<br><br>Phillips Answer: "They were there looking for trouble, looking for something. . . ." | Not of and concerning Sandmann<br><br>Subjective opinion<br><br>No defamatory meaning |

13

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| **39.** | 189(m) | CNN question: "You dispute what they're trying to push off, which is basically, 'We were just chanting our school chants and this person came into our space and we were just being happy-go-lucky kids.'"<br><br>Phillips Answer: "No, not happy go lucky. If they was happy go lucky, we would've been laughing and enjoying each other's presence and company because that's the kind of thing I like to do. I like to meet people. . . . But what was happening there, there was nothing happy go lucky about it. It was just, 'Build the wall' and some of the things that I heard but can't really say I exactly heard that because it was way over there, and they could say, 'Oh nobody said that. It wasn't us who said that.' So it's one of those he-said, she-said, things and what I'm saying is that they were being very aggressive and they were very ready to hurt somebody. They just needed a reason. . . ." | Not of and concerning Sandmann<br><br>Subjective opinion |
| **40.** | 194(a)<br><br><br><br><br><br>194(b) | "I do wanna read to you what the Native American gentleman said. He said look, I've read the statement from Nick Sandmann, he said he stared at me for a long time and he didn't apologize and he believes there are intentional falsehoods in his testimony."<br><br>"I have read the statement from Nick Sandmann, the student who stared at me for a long time. He did not apologize, and I believe there are intentional falsehoods in his testimony." | Substantially true |

14

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| 41. | 201(b) | "A video that shows white high school students in Make America Great Again hats and shirts mocking a Native American elder shocked the country, leading to widespread denunciations of the teens' behavior." | Not of and concerning Sandmann<br><br>Subjective opinion<br><br>Opinion based on disclosed facts<br><br>Substantially true |
| 42. | 207(c) | "Let's be absolutely clear about something here: Whatever else may have been said about it or our country's reactions to it, the racist disrespect of Nathan Phillips, a Native American elder, by Nick Sandmann and his MAGA-hat clad classmates of Covington Catholic High School at the Lincoln Memorial is nothing new." | Subjective opinion<br><br>Opinion based on disclosed facts |
| 43. | 207(d) | "Indeed, the very form of anti-native ridicule and disrespect of personhood and culture caught on multiple videos that day predates Donald J. Trump and his base by centuries." | Not of and concerning Sandmann<br><br>Subjective opinion |
| 44. | 207(e) | "Just business as usual in America, which is why when Sandmann was filmed smirking at Phillips as his raucous peers whooped and jeered in the background I wasn't surprised at all." | Substantially true<br><br>Subjective opinion<br><br>No defamatory meaning |
| 45. | 207(f) | "It also didn't shock me when the all-boys Catholic school crew went so far as to shout 'build the wall' at a Native American, according to Phillips' account of the event." | Not of and concerning Sandmann<br><br>No defamatory meaning |

15

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| 46. | 207(g) | "And the irony isn't lost on me that white kids – descendants of Europe, presumably – would shout 'build the wall' at a man whose ancestry on this soil is tens of thousands of years old." | Not of and concerning Sandmann<br><br>No defamatory meaning |
| 47. | 207(h) | "And that is the only difference here: Sandmann intentionally mocked a native elder for the entertainment of his friends, got caught, and still won't apologize." | Substantially true<br><br>Subjective opinion<br><br>Opinion based on disclosed facts |
| 48. | 227(c) | "Omaha Nation elder Nathan Phillips says he thinks Nick Sandmann, the Catholic school teen with whom he faced off last week in Washington, is skirting accountability and needs to apologize for his actions." | Subjective opinion |
| 49. | 227(d) | "Phillips said the students surrounded him, and Sandmann blocked his path to the Lincoln Memorial steps. He heard some students chant, 'Build the wall,' he said." | No defamatory meaning<br><br>Substantially true |
| 50. | 227(e) | "'When I put myself in prayer and used that drum to reach God, that mass of young men surrounded me and the folks that were with me,' he said." | Not of and concerning Sandmann<br><br>Substantially true<br><br>No defamatory meaning |

16

| Statement No. | Compl. ¶ | Challenged Statement | Basis for Dismissal |
|---|---|---|---|
| **51.** | 235(c) | "Phillips, on the other hand, told CNN this week he felt hatred coming from the young people in the crowd.  When asked about Nick standing in front of him, Phillips told CNN he was trying to retreat and the only way he could do so was to go forward.  'When I started going forward and that mass of groups of people started separating and moving aside to allow me to move out of the way or to proceed, this young fellow put himself in front of me and wouldn't move,' Phillips said." | Substantially true<br><br>Subjective opinion |
| **52.** | 237 | "Teens in MAGA gear mock a Native American Vietnam vet, and @secupp wishes she could tell them there's no place for this in our society.  'Unfortunately, that's wrong.  Adults model this very behavior all the time – on social media and on the street.  And it's awful.'" | Not of and concerning Sandmann<br><br>Subjective opinion |
| **53.** | 239<br><br><br><br>240 | "Video shows a crowd of teenagers wearing 'Make America Great Again' hats taunting a Native American elder after Friday's Indigenous Peoples March at the Lincoln Memorial cnn.it/2FM8De6."<br><br>"Video shows a crowd of teenagers wearing 'Make America Great Again' hats taunting a Native American elder after Friday's Indigenous Peoples March at the Lincoln Memorial https://CNN.it/2FRKItZ." | Not of and concerning Sandmann<br><br>Substantially true<br><br>Subjective opinion |