Eastern District of Kentucky
F I L E D

JUN 14 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>Plaintiffs,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>Defendant. | CASE NO. 2:19-CV-31-WOB-CJS<br><br>JUDGE WILLIAM O. BERTELSMAN |

## ORDER EXTENDING PAGE LIMITS

This matter is before the Court on Plaintiff's Consent Motion for Additional Pages to Respond to CNN's Motion to Dismiss (the "Motion"), wherein Plaintiff seeks leave of Court to file an opposition brief in response to Defendant's Motion to Dismiss for Failure to State a Claim not to exceed forty (40) pages pursuant to Local Rule 7.1(d).

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiff is permitted to file a brief opposing Defendant's Motion to Dismiss for Failure to State a Claim not to exceed forty (40) pages.

Dated this 14th day of June, 2019.

_William O. Bertelsman_
THE HONORABLE WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE