# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>Defendant. | CASE NO. 2:19-CV-00031-WOB-CJS<br><br>JUDGE WILLIAM O. BERTELSMAN<br><br>NOTICE OF JOINDER BY PLAINTIFF NICHOLAS SANDMANN IN DEFENDANT'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS<br><br><u>ELECTRONICALLY FILED</u> |

Plaintiff, Nicholas Sandmann, by and through counsel, hereby joins in Defendant's request for Oral Argument on Defendant's Motion to Dismiss the Complaint (Doc #: 31). Plaintiff respectfully requests that Oral Argument be granted.

Respectfully submitted,

*/s/ L. Lin Wood*
L. Lin Wood (*pro hac vice*)
lwood@linwoodlaw.com
Nicole Jennings Wade (*pro hac vice*)
nwade@linwoodlaw.com
G. Taylor Wilson (*pro hac vice*)
twilson@linwoodlaw.com
Jonathan D. Grunberg (*pro hac vice*)
jgrunberg@linwoodlaw.com

1180 W. Peachtree Street, Ste. 2040
Atlanta, GA 30309
Tel: 404-891-1402
Fax: 404-506-9111

*/s/ Todd V. McMurtry*
Todd V. McMurtry
Kentucky Bar No. 82101
tmcmurtry@hemmerlaw.com
Kyle M. Winslow
Kentucky Bar No. 95343
kwinslow@hemmerlaw.com

250 Grandview Drive, Ste. 500
Ft. Mitchell, KY 41017
Tel: 859-344-1188
Fax: 859-578-3869

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ *Todd V. McMurtry*
Plaintiff's Counsel