IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN** and **JULIE SANDMANN**,<br><br>  Plaintiff,<br><br>v.<br><br>**CABLE NEWS NETWORK, INC.**,<br><br>  Defendant. | Civil Action No. 2:19-CV-31-WOB-CJS |

### DECLARATION OF CHARLES D. TOBIN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Charles D. Tobin, pursuant to 28 U.S.C. § 1746, declares as follows:

I am a partner in the law firm of Ballard Spahr LLP, counsel for Plaintiff Cable News Network, Inc. ("CNN") in the above-captioned action. I submit this declaration in support of CNN's opposition to Plaintiff's Motion for Leave to Amend Complaint. I have personal knowledge of the facts herein and would be competent to testify to them.

1. Attached hereto as Exhibit A is a true and correct copy of the Transcript of Oral Argument held July 1, 2019, in the case of *Sandmann v. WP Company LLC, d/b/a The Washington Post*, Case No. 2:19-CV-19-WOB-CJS (E.D. Ky.)

2. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 6, 2019.

/s/ *Charles D. Tobin*
Charles D. Tobin
