IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

**CIVIL ACTION NO. 2:19-00031 (WOB-CJS)**

**NICHOLAS SANDMANN**                                                                          **PLAINTIFF**

**VS.**                                                                          **ORDER**

**CABLE NEWS NETWORK, INC.**                                                                          **DEFENDANT**

This matter is before the Court on the motion of plaintiff to file an amended complaint. Defendant objects to said motion. The issues are very similar to those in Civil Case No. 2:19-cv-19-WOB-CJS, Sandmann v. WP Company LLC.

All the claims in the proposed amended complaint turn on determining the truth of what happened in the confrontation between plaintiff and Mr. Phillips. Without going into detail, if some of the statements made by Mr. Phillips are false, they are also potentially libelous. As admitted by the defendant, Courts must "give leave to amend when justice so requires."

F.R.Civ.P. 15(a)(2).

After several months of dealing with these complex cases, the Court has concluded that justice requires that all parties be given sufficient leeway to explore the issues presented. Therefore, the motion to amend will be GRANTED.

As in the Washington Post case, the Court believes that discovery is necessary to determine what happened in the unfortunate events which give rise to this litigation, and, to determine whether defendant accurately reported them, and, if it failed to do so, whether the failure was due to negligence or malice. Naturally, following a sufficient period for discovery, these issues will again be reviewed at the summary judgment phase under a more stringent standard.

THEREFORE, the Court being advised,

**IT IS ORDERED AS FOLLOWS:**

1. That the motion of the plaintiff to file the tendered amended complaint (Doc. 39) be, and it is, hereby GRANTED;

2. That the Rule 26(f) discovery schedule set in the Washington Post Case (2:19-cv-19-WOB-CJS) be also followed in this case, including the date set for the discovery conference and for preparation for it. A copy of that Order (Doc. 64 in 2:19-cv-19-WOB-CJS) is attached hereto and made a part hereof by reference.

This 30th day of October, 2019.



**Signed By:**
*William O. Bertelsman*   WOB
**United States District Judge**