IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:19-00031 (WOB-CJS)

NICHOLAS SANDMANN                                                    PLAINTIFF

VS.                                            **ORDER**

CABLE NEWS NETWORK, INC.                                             DEFENDANT

Pursuant to the Court's Order entered on October 30, 2019 (Doc. 40),

IT IS ORDERED that the defendant's motion to dismiss (Doc. 31) be, and is hereby, **DENIED**.

This 31st day of October, 2019.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge