**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

| | | |
|---|---|---|
| **NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,** | : | **CASE NO. 2:19-cv-31-WOB-CJS** |
| | : | **JUDGE BERTELSMAN** |
| **Plaintiff,** | : | **MAGISTRATE JUDGE SMITH** |
| **v.** | : | **JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND FOR EXTENSION OF TIME TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| **CABLE NEWS NETWORK, INC.,** | : | |
| **Defendant.** | : | |

COMES NOW, Nicholas Sandmann, by and through his parents and natural guardians, Ted Sandmann and Julie Sandmann ("Plaintiff"), and Cable News Network, Inc. ("CNN"), by and through their respective counsel, and file this joint motion to continue the Rule 26(f) scheduling conference and to grant an extension of time for CNN to answer, plead, or otherwise respond to Plaintiff's First Amended Complaint.

On October 30, 2019, this Court issued an Order granting Plaintiff's Motion for Leave to Amend Complaint and setting a Rule 26(f) scheduling conference for December 3, 2019. (Doc. # 43). Unfortunately, co-counsel for the Plaintiff, L. Lin Wood and all attorneys for his firm, start a jury trial that day in Los Angeles, California. Because the issues set out in the Court's Order are significant and will affect how the matter proceeds between the parties in this case, undersigned counsel for the Plaintiff respectfully request that the Court continue the Rule 26(f) conference until January 2020. Counsel for CNN consent and join in this request.

To ease scheduling, counsel for the Plaintiff and CNN have conferred and provide the following dates for which they are unavailable in January:

January 2 through 3;

January 8 through 10;

January 14;

January 21 through 24;

Additionally, the undersigned counsel hereby agree that CNN shall have a 30-day extension of the deadline, up to and including December 13, 2019, for CNN to answer, plead, or otherwise respond to Plaintiff's First Amended Complaint. The Plaintiff consents to this request and asks the Court to grant CNN the requested additional time to respond.

Respectfully submitted this the 6th day of November, 2019.

For Plaintiff:

***/s/ Todd V. McMurtry***
Todd V. McMurtry
Kentucky Bar No. 82101
tmcmurtry@hemmerlaw.com

**HEMMER DEFRANK WESSELS, PLLC**
250 Grandview Drive, Ste. 500
Ft. Mitchell, KY 41017
Tel: 859-344-1188
Fax: 859-578-3869

and

***/s/ L. Lin Wood***
L. Lin Wood (*pro hac vice*)
lwood@linwoodlaw.com
Nicole Jennings Wade (*pro hac vice*)
nwade@linwoodlaw.com
G. Taylor Wilson (*pro hac vice*)
twilson@linwoodlaw.com

For Defendant:

***/s/ James E. Burke***
James E. Burke (*pro hac vice*)
Sarah V. Geiger (KBA No. 96173)
Amanda B. Stubblefield (KBA No. 96213)
**KEATING MUETHING & KLEKAMP PLL**
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Telephone: 513.579.6400
Fax: 513.579.6457
jburke@kmklaw.com
sgeiger@kmklaw.com
astubblefield@kmklaw.com

and

Charles D. Tobin (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
**BALLARD SPAHR LLP**
1909 K Street, NW, 12th Floor

Jonathan D. Grunberg (*pro hac vice*)
jgrunberg@linwoodlaw.com

**L. LIN WOOD, P.C.**
1180 W. Peachtree Street, Ste. 2040
Atlanta, GA 30309
Tel: 404-891-1402
Fax: 404-506-9111

Washington, DC 20006
Telephone: 202.661.2200
Fax: 202.661.2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

*Attorneys for Defendant, Cable News Network, Inc.*