**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| **NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,** | **Civil Action No. 2:19-CV-31-WOB-CJS** |
| Plaintiff, | |
| v. | |
| **CABLE NEWS NETWORK, INC.,** | |
| Defendant. | |

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant Cable News Network, Inc. ("CNN"), by and through its undersigned counsel, hereby submits its Answer and Affirmative Defenses in response to the First Amended Complaint ("FAC") of Plaintiff Nicholas Sandmann, as follows, using the same paragraph numbering and headings employed by Plaintiff, without admitting any allegations contained in those headings.

CNN objects generally to the whole of Plaintiffs' FAC pursuant to Fed. R. Civ. P. 8 on grounds that its 300 paragraphs (many with subparts) are wholly unnecessary and ignore orders limiting the scope of Plaintiffs' recovery that the Court has issued not only in this case but also in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019 and in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056. The FAC fails to comply with Rule 8's requirement that pleadings contain a "a short and plain statement of the claim," and its irrelevant and improper allegations serve no purpose other than to harass and overburden CNN. Without waiving that objection, the Post denies all allegations in the FAC, except as admitted below:

## INTRODUCTION

      1.     In 1980, Ted Turner defied skeptics and successfully founded CNN, the first 24-hour cable and satellite news channel.

**ANSWER:    CNN admits the allegations contained in Paragraph 1 of the FAC.**

      2.     For several years thereafter, CNN branded itself worldwide as "the most trusted name in news.

**ANSWER:    CNN admits that it has used the slogan "the most trusted name in news."**

      3.     CNN is now owned by Turner Broadcasting System, Inc., an American media conglomerate that is a division of Warner Media, LLC.

**ANSWER:    CNN admits that it is owned by Turner Broadcasting System, Inc., a subsidiary of Warner Media, LLC.**

      4.     Warner Media, LLC is an American multinational mass media and entertainment conglomerate owned by AT&T, Inc. and headquartered in New York City

**ANSWER:    CNN admits that Warner Media, LLC, is a wholly owned subsidiary of AT&T Inc., and is headquartered in New York City.  CNN avers that Warner Media, LLC is a leading media and entertainment company that creates and distributes premium and popular content from a diverse array of talented storytellers and journalists to global audiences.**

      5.     AT&T, Inc. is an American multinational conglomerate holding company headquartered in Dallas, Texas.

**ANSWER:    CNN admits that AT&T Inc. is headquartered in Dallas, Texas.  CNN avers that AT&T Inc. is a modern media company whose mission is to inspire human progress through the power of communication and entertainment.**

      6.     According to its 2018 Form 10-K filing and Annual Report, AT&T, Inc.'s 2018 operating revenue was $170.756 Billion and its net income was $19.953 Billion.

**ANSWER:   AT&T Inc.'s 2018 Form 10-K filing speaks for itself and no further response is required.**

7.   According to Time Warner Inc. n/k/a Warner Media, LLC's 2017 Form 10-K filing, CNN reached 91.4 million domestic households and more than 350 million households outside of the United States as of December 31, 2017.

**ANSWER:   Time Warner Inc.'s 2017 Form 10-K filing speaks for itself and no further response is required.**

8.   In 2017, suffering from a public perception that it had deteriorated from being recognized as a source of hard news to being considered a mere echo chamber for manipulated and politicized commentary and "fake news," CNN launched a new branding campaign, "Facts First," which is pinned to the top of its Twitter social media page.

**ANSWER:   CNN denies the allegations contained in Paragraph 8 of the FAC, except to admit that CNN launched a new brand campaign in 2017 that included the slogan "Facts First."**

9.   From at least as early as the November 2016 election of Donald J. Trump as the 45th President of the United States, CNN has maintained a well-known and easily documented biased agenda against President Trump and established a history of impugning individuals perceived to be supporters of the President.

**ANSWER:   CNN denies the allegations contained in Paragraph 9 of the FAC.**

10.   Prior to January 2018, President Trump publicly and repeatedly branded CNN as the poster child of "fake news."

**ANSWER:   President Trump's statements speak for themselves; CNN disagrees with and denies any such claims.**

11.   Between January 19 and January 25, 2019, CNN brought down the full force of its corporate power, influence, and wealth on Nicholas by falsely attacking, vilifying, and bullying him despite the fact that he was a minor child.

**ANSWER:   CNN denies the allegations contained in Paragraph 11 of the FAC.**

12.   Contrary to its "Facts First" public relations ploy, CNN ignored the facts and put its anti-Trump agenda first in waging a 7-day media campaign of false, vicious attacks against Nicholas, a young boy who was guilty of little more than wearing a souvenir Make America Great Again cap

while on a high school field trip to the National Mall in Washington, D.C. to attend the January 18 March for Life.

**ANSWER:    CNN denies the allegations contained in Paragraph 12 of the FAC.**

13.    CNN's vicious attack on Nicholas included at least four (4) defamatory television broadcasts and nine (9) defamatory online articles falsely accusing Nicholas and his Covington Catholic High School ("CovCath") classmates of, among other things, engaging in racist conduct by instigating a threatening confrontation with several African American men ("the Black Hebrew Israelites") and subsequently instigating a threatening confrontation with Native Americans who were in the midst of prayer following the Indigenous Peoples March at the National Mall.

**ANSWER:    CNN's news reporting speaks for itself and no further response is required.**

14.    More specifically, CNN falsely asserted that Nicholas and his CovCath classmates were in a "racis[t]" "mob mentality" and "looked like they were going to lynch" the Black Hebrew Israelites who were merely "preaching about the Bible nearby" "because they didn't like the color of their skin" and "their religious views," and that Nicholas and his classmates then "surrounded" one of the Native Americans, 64-year old Nathan Phillips, creating "a really dangerous situation" during which Nicholas "blocked [Phillips'] escape" when Phillips tried "to leave" the mob, causing Phillips to "fear for his safety and the safety of those with him," while Nicholas and his classmates "harassed and taunted" him.

**ANSWER:    CNN's news reporting speaks for itself and no further response is required.**

15.    In short, the false and defamatory gist of CNN's collective reporting conveyed to its viewers and readers that Nicholas was the face of an unruly hate mob of hundreds of white racist high school students who physically assaulted, harassed, and taunted two different minority groups engaged in peaceful demonstrations, preaching, song, and prayer.

**ANSWER:    CNN denies the allegations contained in Paragraph 15 of the FAC.**

16.    The CNN accusations are totally and unequivocally false and CNN would have known them to be untrue had it undertaken any reasonable efforts to verify their accuracy before publication of its false and defamatory accusations.

**ANSWER:    CNN denies the allegations contained in Paragraph 16 of the FAC.**

17.    In fact, it was Nicholas and his CovCath classmates who were bullied, attacked, and confronted with racist and homophobic slurs and threats of violence by the Black Hebrew Israelites, a recognized hate group, before being unexpectedly and unexplainedly confronted by Phillip, an activist, who proceeded to target Nicholas while chanting and beating a drum inches from his face and being flanked by activist companions filming the event ("the January 18 incident").

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 17 of the FAC and, on this basis, denies them.**

18.     During the January 18 incident, Phillips, a stranger to Nicholas, approached from afar and intentionally confronted the CovCath student before specifically targeting Nicholas for a confrontation, placing himself directly in front of Nicholas.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 18 of the FAC and, on this basis, denies them.**

19.     At the time of the confrontation by Phillips, Nicholas and the CovCath students were assembled at the steps of the Lincoln Memorial waiting to meet the buses for their return trip home to Northern Kentucky.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 19 of the FAC and, on this basis, denies them.**

20.     Nicholas never moved when Phillips approached him, standing quietly and respectfully for several minutes while Phillips continued to bang his drum and sing in his face.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 20 of the FAC and, on this basis, denies them.**

21.     Nicholas merely acquiesced in Phillips' chosen course of conduct.

**ANSWER:      To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 21 of the FAC and, on this basis, denies them**

22.      Following the January 18 incident, Phillips became a "mainstream media darling," engaging in a publicity tour during which he manufactured out of whole cloth varying and conflicting descriptions of the events prior to, during, and after the January 18 incident in a superficial attempt to garner public sympathy and advance his own political agenda.

**ANSWER:      CNN denies the allegations contained in Paragraph 22 of the FAC.**

23.      In certain of his interviews, Phillips had tears in his eyes as he lied and said that Nicholas and the CovCath students were shouting, "Build that wall, build that wall."

**ANSWER:      To the extent there is video of the interviews, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 23 of the FAC and, on this basis, denies them.**

24.      CNN was one of several media outlets that ignored Phillips' obvious bias and provided Phillips a worldwide platform to spread his lies without any effort whatsoever to verify the accuracy of the inflammatory accusations Phillips was making against children.

**ANSWER:      CNN denies the allegations contained in Paragraph 24 of the FAC as to CNN. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of allegations about other media outlets set forth in Paragraph 24 of the FAC and, on this basis, denies them.**

25.      With respect to the January 18 incident, CNN was more than an echo chamber for partisan political views – CNN was a worldwide megaphone for an unmoderated and uninformed social media mob which had begun viciously attacking and physically threatening Nicholas in the hours preceding CNN's initial reporting.

**ANSWER:      CNN denies the allegations contained in Paragraph 25 of the FAC.**

26.      CNN rushed to take advantage of the viral social media mob to further its anti-Trump agenda and increase the billion-dollar bottom lines of its conglomerate corporate owners

6

by generating eyeballs, clicks, and resulting advertising revenue from its sensationalized broadcasts and online reporting.

**ANSWER:   CNN denies the allegations contained in Paragraph 26 of the FAC.**

27.   According to media reports, CNN's average primetime viewership in January 2019 was its second highest in the network's history.

**ANSWER:   CNN admits that it issued a press release stating that in January 2019 "CNN posted its second highest January prime time ever in total viewers." CNN's press release speaks for itself and no further response is required.**

28.   CNN elevated false, heinous accusations of racist conduct against Nicholas from social media to its worldwide news platform without adhering to well-established journalistic standards and ethics, including its failure to take the required steps to ensure accuracy, fairness, completeness, fact-checking, neutrality, and heightened sensitivity when dealing with a minor.

**ANSWER:   CNN denies the allegations contained in Paragraph 28 of the FAC.**

29.   Exposing the shallowness of its "Facts First" public relations branding ploy, CNN got the "Facts Last" as it repeatedly, recklessly, and willfully violated basic, fundamental standards of journalistic integrity.

**ANSWER:   CNN denies the allegations contained in Paragraph 29 of the FAC.**

30.   CNN's agenda-driven fiction about Nicholas and the January 18 incident was not only false and defamatory, it created an extremely dangerous situation by knowingly triggering the outrage of its audience and unleashing that outrage on Nicholas and his CovCath classmates with its patently false accusations that Nicholas and the other students engaged in acts of racism and bigotry.

**ANSWER:   CNN denies the allegations contained in Paragraph 30 of the FAC.**

31.   CNN political analyst Bakari Sellers openly called for physical violence on Twitter, fueling that outrage of a social media mob of bullies.

**ANSWER:   Mr. Sellers's statements speak for themselves and no further response is required.**

32.   In an obvious reference to Nicholas, Sellers tweeted at 7:09 a.m. on January 19: "He is a deplorable. Some ppl can also be punched in the face."

**ANSWER:    Mr. Sellers's tweet speaks for itself and no further response is required.**

33.    Rather than publicly rebuke Sellers, CNN endorsed Sellers' misconduct within a few short hours by commencing its 7-day agenda-driven campaign to assassinate Nicholas' character and reputation with inflammatory accusations of racist misconduct.

**ANSWER:    CNN denies the allegations contained in Paragraph 33 of the FAC.**

34.    Nicholas was an easy target for CNN to advance its anti-Trump agenda because he was a 16-year old white, Catholic student who was wearing a MAGA cap purchased earlier in the day as a souvenir.

**ANSWER:    CNN denies the allegations set forth in Paragraph 34 of the FAC.**

35.    In addition to its substantial broadcast television and online audience, CNN republished many of its false and defamatory broadcasts and articles to its over 41 million Twitter followers.

**ANSWER:    CNN denies the allegations set forth in Paragraph 35 of the FAC.**

36.    In a practical demonstration that the accusations made against Nicholas in this case are factual events capable of being proven false, and though CNN has thus far stood behind its coverage of Nicholas, remaining silent regarding its false and defamatory coverage of the January 18 incident, other news outlets have clarified, corrected, and/or retracted several false factual assertions also made by CNN that are central to the false and defamatory gist conveyed by CNN, and have admitted mistakes that were made in coverage of the January 18 incident.

**ANSWER:    CNN's reporting speaks for itself and no further response is required.**

**Statements by third-party news outlets likewise speak for themselves and no further**

**response is required. CNN denies that any of its news reports about what occurred on the**

**National Mall on January 18, 2019, were false and defamatory.**

37.    For instance, KTXL Fox40 issued "A Note To Our Viewers About Our Covington Coverage," stating, in part, as follows:

> "Early reports also contained unverified statements about the students' conduct, including statements by Phillips that they had chanted 'Build That Wall,' and made remarks offensive to Native Americans. Though several videos have come to light since the incident, none of them contains evidence of hostile remarks by the students."

***

"Our reports contained other remarks which, after videos emerged and both sides were heard from, proved unsubstantiated or untrue. Sandmann was accused of blocking Phillips' path so he could not climb the steps of the Memorial to pray. Students were accused of assembling in the Indigenous People's space, and taunting and mocking the Native Americans. We reported the Diocese of Covington's condemnation of the Covington Catholic High School students, a denunciation that was retracted in six days when the church admitted it had rushed to judgment ... saying they had been 'bullied and pressured into making a statement prematurely.'"

***

"The facts now available about this story show no evidence of taunting by the students ... Phillips was not denied freedom of movement – he approached the student gathering and said he wanted to promote peace between the students and the other activist group that taunted them with profanity. Sandmann, for his part, professed the same motive: keeping calm, and preventing the situation from getting out of hand. His behavior, and the prompt arrival of the school buses, achieved this goal. Until the story went viral the next day."

***

"The lion's share of the denunciations of this event landed on the students, and the focus of attention was on Sandmann, who reportedly had bought his red cap that afternoon. Such is the result of cell phone video presented as news: it shows a small window of reality for a short burst of time. Context, which is essential in any news report, is lacking. Judgments are reached without the benefit of all or even most of the facts. It is a prescription for error[.]"

***

"We should have considered that the targets of this story were high school students."

***

"We owe an apology to the students, their families, and the face of the Covington student group, Nick Sandmann. . . . Because of the way this story came together – fueled by a viral video with no on-scene reporting by independent voices – we lost sight of our standard of fairness, context, and accuracy. This is especially serious when the groundswell of misinformed anger fell on a group of teenagers who never sought the attention, let alone the abusive treatment, they got. They deserved better, and so did our viewers."

A true and correct copy of KTXL Fox40's statement is attached hereto as *Exhibit T*.

**ANSWER:     KTXL Fox40's statement speaks for itself and no further response is required.**

38.     After being sued, and while failing to issue an admission of fault, an apology, an adequate correction, or an unequivocal retraction, The Washington Post published an online "Editor's note related to Lincoln Memorial incident" providing, in part, as follows:

> "Subsequent reporting, a student's statement and additional video allow for a more complete assessment of what occurred, either contradicting or failing to confirm accounts provided in that story – including that Native American activist Nathan Phillips was prevented by one student from moving on, that his group had been taunted by the students in the lead-up to the encounter, and that the students were trying to instigate a conflict."

The Washington Post published a similar statement in print as follows:

> "A Jan. 20 Metro article provided an account from Native American activists about an encounter with a group of high school students from Covington, Ky. Subsequent reporting and video evidence contradicted or failed to corroborate that one of the activists was accosted and prevented from moving on, that the activists had been taunted by the students in the lead-up to the encounter, that the students were trying to instigate a conflict, or that 'March for Life' participants chanted 'Build that wall.' A Jan. 21 Page One article reported an account by one of the activists that he had heard students earlier make disparaging comments about Native Americans and had heard students shout 'Go back to Africa!' The story reported the denial of one student that he had heard any students say anything hateful or racist at any time. The story should have noted that widely circulated video from that day does not corroborate that such statements were made." True and correct copies of The Washington Post's statements are attached hereto as *Exhibit U*.

**ANSWER:     The Washington Post's statements speak for themselves and no further response is required.**

39.     In order to fully compensate Nicholas for the reputational harm, emotional distress, and mental anguish caused by CNN's false attacks, this action seeks compensatory damages in excess of Seventy-Five Million Dollars ($75,000,000.00).

**ANSWER:     CNN admits that Plaintiff purports to seek seventy-five million dollars in compensatory damages but denies he is entitled to any recovery in this action. CNN avers that the other allegations in Paragraph 39 of the FAC state a legal conclusion to which no**

response is required. To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 39 of the FAC.

40. In order to punish and to deter CNN from ever again engaging in false, reckless, malicious, and agenda-driven attacks against children in violation of well-recognized journalistic standards and ethics, this action seeks punitive damages in excess of Two Hundred Million Dollars ($200,000,000.00).

**ANSWER: CNN admits that Plaintiff purports to seek two hundred million dollars in punitive damages but denies he is entitled to any recovery in this action. CNN avers that the other allegations in Paragraph 40 of the FAC state a legal conclusion to which no response is required. To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 40 of the FAC.**

## DETAILED FACTUAL BACKGROUND

## THE JANUARY 18 INCIDENT

41. On January 18, 2019, Nicholas attended the March for Life on a school trip chaperoned by sixteen (16) adults, nine (9) of whom were faculty members at CovCath.

**ANSWER: To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 41 of the FAC and, on this basis, denies them.**

42. Nicholas and his classmates were instructed to meet at the steps of the Lincoln Memorial at the National Mall by 5:00 p.m. to catch their buses for the return trip to Kentucky.

**ANSWER: To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 42 of the FAC and, on this basis, denies them.**

43. Nicholas was wearing a red MAGA cap that he had purchased that day as a souvenir.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 43 of the FAC and, on this basis, denies them.**

44.     While at the National Mall, a small group of adult men who describe themselves as Black Hebrew Israelites – a recognized hate group – began verbally assaulting and taunting Nicholas and his CovCath classmates with threats of physical violence and vitriolic statements, calling the students "incest babies," "dirty ass crackers," and "future school shooters."

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 44 of the FAC and, on this basis, denies them.**

45.     One of Nicholas' classmates requested and received permission from a school chaperone to engage in CovCath school sports cheers in an effort to ignore and drown out the hate speech being hurled at them by the Black Hebrew Israelites.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 45 of the FAC and, on this basis, denies them.**

46.     During a school cheer, Phillips and his activist companions – all of whom had been participating in the Indigenous Peoples March at the National Mall that day – instigated a confrontation with Nicholas and his CovCath classmates.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 46 of the FAC and, on this basis, denies them.**

47.     Rather than focusing their attention on the Black Hebrew Israelites, who had been relentlessly insulting both the teenagers for almost an hour and the Native Americans attending

the Indigenous Peoples March before that, Phillips and his activist companions deliberately targeted the CovCath students from a distance while beating drums, singing, dancing, and carrying cameras to hopefully capture a viral video moment of the confrontation.

**ANSWER:      To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 47 of the FAC and, on this basis, denies them.**

48.      When Phillips first approached them, many of the CovCath students "felt like he was coming into their group to join in with the students' cheers."

**ANSWER:      To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 48 of the FAC and, on this basis, denies them.**

49.      Phillips intentionally walked up to the crowd of CovCath students.

**ANSWER:      To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 49 of the FAC and, on this basis, denies them.**

50.      Immediately behind and around Phillips were several of his own companions and Nicholas and the CovCath students did not move toward Phillips or otherwise actively approach or surround him.

**ANSWER:      To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 50 of the FAC and, on this basis, denies them.**

51.      Nicholas and the students acquiesced in Phillips' election to confront their group and beat his drum within inches of Nicholas' face.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 51 of the FAC and, on this basis, denies them.**

52.     Once within their group, Phillips freely moved about, briefly walking up to certain students within the group, which included many children who were not CovCath students.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 52 of the FAC and, on this basis, denies them.**

53.     Phillips then walked directly to where Nicholas was standing on the steps so that he could confront Nicholas and get within inches of his face.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 53 of the FAC and, on this basis, denies them.**

54.     Phillips was attired in Native American garb and was a complete stranger to Nicholas.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 54 of the FAC and, on this basis, denies them.**

55.     While staring and glaring at Nicholas, Phillips continued to beat his drum and sing loudly within inches of Nicholas' face for several minutes.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without**

information or knowledge sufficient to form a belief as to the truth or falsity of any remaining

allegations set forth in Paragraph 55 of the FAC and, on this basis, denies them.

56.     Contrary to Phillips' lies republished by CNN in his post-January 18 media interviews that he was trying to move to the top of the steps of the Lincoln Memorial, Phillips approached the students from a distance and walked past clear pathways leading to the Lincoln Memorial.

**ANSWER:    CNN's reporting speaks for itself and no further response is required with regard to CNN's reporting. To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required with regard to the incident. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 56 of the FAC and, on this basis, denies them.**

57.     When Phillips made his incursion into the crowd of students and directly confronted Nicholas, Phillips never made any attempt to move past, around, or away from Nicholas even though he could have done so at any time.

**ANSWER:    To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 57 of the FAC and, on this basis, denies them.**

58.     Prior to being directly confronted by Phillips, Nicholas had not noticed Phillips at the National Mall.

**ANSWER:    To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 58 of the FAC and, on this basis, denies them.**

59.     Nicholas was startled and confused by the actions of Phillips in singling him out and confronting him.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 59 of the FAC and, on this basis, denies them.**

60.     During the confrontation instigated by Phillips, Nicholas stood still as he was concerned that turning away from Phillips might be considered a sign of disrespect.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 60 of the FAC and, on this basis, denies them.**

61.     While he stood there with Phillips beating a drum near his face and singing loudly, Nicholas remained silent and did not utter a single word to Phillips.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 61 of the FAC and, on this basis, denies them.**

62.     Nicholas did not make any gestures by hand or otherwise toward Phillips.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 62 of the FAC and, on this basis, denies them.**

63.     Nicholas made only one gesture while being confronted by Phillips – he quietly signaled a classmate to refrain from responding to profanity-laced insults being directed at the student by one of Phillips' companions.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without**

information or knowledge sufficient to form a belief as to the truth or falsity of any remaining

allegations set forth in Paragraph 63 of the FAC and, on this basis, denies them.

64.     At all times, Nicholas acted respectfully, responsibly, appropriately, and in a manner consistent with the values instilled upon him by his family and his faith.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January**

**18, 2019, that video speaks for itself and no further response is required. CNN is without**

**information or knowledge sufficient to form a belief as to the truth or falsity of any remaining**

**allegations set forth in Paragraph 64 of the FAC and, on this basis, denies them.**

65.     The confrontation ended when Nicholas and his fellow CovCath students were instructed to board the buses to return home.

**ANSWER:     To the extent there is video of what occurred on the National Mall on January**

**18, 2019, that video speaks for itself and no further response is required. CNN is without**

**information or knowledge sufficient to form a belief as to the truth or falsity of any remaining**

**allegations set forth in Paragraph 65 of the FAC and, on this basis, denies them.**

66.     Indeed, when Nicholas walked away quietly to board the bus, Phillips turned away from the Lincoln Memorial and outwardly celebrated his perceived "win" over Nicholas and his CovCath classmates, with his companion shouting "I got him, man, I got him! ... We won grandpa, we fucking won grandpa!"

**ANSWER:     To the extent there is video of what occurred on the National Mall on January**

**18, 2019, that video speaks for itself and no further response is required. CNN is without**

**information or knowledge sufficient to form a belief as to the truth or falsity of any remaining**

**allegations set forth in Paragraph 66 of the FAC and, on this basis, denies them.**

67.     During the entirety of the January 18 incident, Nicholas:

> (a)     did not instigate a confrontation of any kind;

> (b)     did not surround Phillips or the Black Hebrew Israelites;

> (c)     did not target, confront, or assault Phillips or the Black Hebrew Israelites;

(d)     did not move from where he was standing when Phillips approached him;

(e)     did not block Phillips' path or egress;

(f)     did not taunt, mock, or harass Phillips or anyone else present;

(g)     did not utter a single word toward Phillips;

(h)     did not engage in chanting, jeering, or clapping with or at Phillips;

(i)     did not taunt or hurl any political chant or racial slur at anyone, including Phillips, any other Native American, or the Black Hebrew Israelites; and

(j)     did not engage in any conduct whatsoever that could even remotely be described or characterized as racist.

**ANSWER:    To the extent there is video of what occurred on the National Mall on January 18, 2019, that video speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 67 of the FAC and, on this basis, denies them.**

68.     Between January 19 and January 25, CNN utterly disregarded the truth and falsely accused Nicholas of, among other things, "surrounding" Phillips, getting "right in [Phillips'] face," and "block[ing]" Phillips' "path" and "escape" from a "really dangerous" "mob" "wanting . . . to just rip [Phillips] apart" and chanting "build that wall" and "Trump2020," as he and his classmates otherwise "harass[ed]," "taunted," and "mock[ed]" Phillips — which were described as acts of "hate and racism."

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN further avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN**

denies that any of its news reports about what occurred on the National Mall on January 18,

2019, were false and defamatory and also denies that it "disregarded the truth."

## ONLINE VIDEOS OF THE JANUARY 18 INCIDENT

69.    On the evening of January 18, 2019, at 7:33 p.m., Kaya Taitano, a participant in the Indigenous Peoples March, posted online a selectively edited 59 second video depicting only a small portion of the interaction between Nicholas and Phillips, and later that night, she posted a 3 minute    44    second    video    (collectively,    the    "Taitano    Videos").    See https://www.instagram.com/p/Bsy80cfFVAR/    (last    visited    May    1,    2019); https://www.youtube.com/watch?v=sIG5ZB0fw1k (last visited May 1, 2019).

**ANSWER:    CNN admits that videos depicting Plaintiff and Nathan Phillips are available**

**at the referenced URLs and that Plaintiff refers to these videos as the "Taitano Videos." The**

**Taitano Videos speak for themselves and no further response is required.**

70.    The Taitano Videos did not show, among other things:

(a)    the Black Hebrew Israelites' misconduct and homophobic, racist slurs directed at the CovCath students;

(b)    that Phillips had approached the students and inserted himself into their area before confronting Nicholas;

(c)    that the students were already engaged in school cheers at the time Phillips approached;

(d)    Nicholas engaging in any misconduct, including harassing, mocking, or taunting anyone;

(e)    Nicholas making any gesture of any kind except to, at times, awkwardly smile;

(f)    Nicholas uttering any words to Phillips or his companions;

(g)    Nicholas moving into Phillips' path;

(h)    Nicholas blocking Phillips' escape; or

(i)    Nicholas physically or verbally threatening Phillips in any manner.

**ANSWER:    The Taitano Videos speak for themselves and no further response is required.**

71.    At 11:13 p.m. on January 18, 2019, @2020fight, a fake Twitter account with a following of approximately 41,000, tweeted a 1 minute 1 second clip from the Taitano Videos with

the comment, "This MAGA loser gleefully bothering a Native American protestor at the Indigenous Peoples March" (the "2020fight Video").

**ANSWER:   The tweet, video clip, and twitter account speak for themselves and no further**

**response is required.**

72.   The 2020fight Video, alone, is reported as having been viewed at least 2,500,000 million times, retweeted 14,000 times, and liked 27,000 times before the account was suspended by Twitter no later than January 21.

**ANSWER:   The "2020fight Video" and twitter account speak for themselves and no**

**further response is required.**

73.   Screenshots available online of the 2020fight Video show it was viewed at least 10.6 million times.

**ANSWER:   The screenshots speak for themselves and no further response is required.**

74.   According to CNN's own media report, the @2020fight account was created in December 2016, tweeted an average of 130 times a day, and was suspicious for its high follower count, unusually high rate of tweets, highly polarized and yet inconsistent political messaging, and the use of someone else's image in the profile photo.

**ANSWER:   CNN's reporting speaks for itself and no further response is required.**

75.   Any reasonable, objective, and unbiased journalist would have readily known that the 2020fight Video was little more that a snapshot of the January 18 incident and that accurate and fair reporting on it required investigation into the events which occurred before and after those depicted in the short video clip posted on Twitter.

**ANSWER:   CNN avers that Paragraph 75 of the FAC states a legal conclusion to which no**

**response is required.  To the extent a response is deemed to be required, CNN denies the**

**allegations contained in Paragraph 75 of the FAC.**

76.   With no investigation whatsoever into the @2020fight account or the full events in context, CNN rushed to actively, negligently, and recklessly participate in the 2020fight Video going viral on social media when on January 19 at 8:52 a.m. PST, CNN's reporter Sara Sidner, using her @sarasidnerCNN Twitter account, posted a tweet that reposted the 2020fight Video. A true and correct copy of Sidner's tweet is attached hereto as *Exhibit A*.

**ANSWER:    CNN admits that the tweet attached to the FAC as Exhibit A was posted to the @sarasidnerCNN Twitter account.   The tweet speaks for itself. CNN denies that the remaining allegations of Paragraph 76 of the FAC.**

77.    Sidner actively contributed to CNN's reporting on the January 18 incident, including by conducting an interview of Phillips mere hours after her retweet.

**ANSWER:    CNN admits that Ms. Sider participated in CNN's reporting about what occurred on January 18 and conducted an interview of Mr. Phillips after her retweet. CNN denies the remaining allegations of Paragraph 77 of the FAC.**

78.    Prior to Sidner's tweet, CNN analyst Sellers had already piled on during the social media frenzy by first retweeting the 2020fight Video and then advocating for violence against Nicholas by tweeting at 7:09 a.m. as follows: "He is a deplorable. Some ppl [sic] can also be punched in the face." A true and correct copy of Sellers' tweets are attached hereto as *Exhibit B*.

**ANSWER:    Mr. Sellers's tweet speaks for itself and no further response is required. CNN admits Mr. Sellers's tweet is attached to the FAC as Exhibit B. CNN further avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating.**

79.    Despite Sellers' public advocacy of violence against Nicholas, a minor child, Sellers remains an analyst for CNN and was on its air as late as February 1, 2019, disparaging Nicholas and his CovCath classmates.

**ANSWER:    CNN admits that Mr. Sellers remains one of its contributors and was on air on February 1, 2019. CNN denies the remaining allegations contained Paragraph 79 of the FAC. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-**

**cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating.**

80.     Sidner likewise continues to be a CNN on-air personality.

**ANSWER:     CNN admits that Ms. Sidner continues to be one of its national correspondents.**

81.     An accurate video as to what occurred on January 18, 2019, was available online on January 19, 2019, when Shar Yaqataz Banyamyan, one of the Black Hebrew Israelites who was present for the encounter between Phillips and Nicholas, posted a 1 hour and 46-minute video on Facebook (the "Banyamyan Video").[1]

**ANSWER:     CNN admits a video of what occurred on the National Mall on January 18, 2019, and which Plaintiff refers to as the "Banyamyan Video" was available online on January 19, 2019. The Banyamyan Video speaks for itself; however, CNN denies Plaintiff's characterization of the Banyamyan Video. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 81 of the FAC and, on this basis, denies them.**

82.     A plethora of relevant video was also available online but ignored by CNN and the social media mob as CNN continued its false reporting over its "wire" and promoted the republication of the false accusations by news outlets across the country and the world.

**ANSWER:     CNN denies the allegations contained in Paragraph 82 of the FAC.**

83.     For instance and as examples only, video of Phillips instigating and approaching Nicholas and his classmates rather than the other way around was available on Twitter no later than 9:48 a.m. on January 19, 2019, and continued to appear on social media and in the media on January 19 and 20.     *See, e.g.,* https://twitter.com/mariajudy_/status/1086681831804674048 (last visited April 26, 2019).

**ANSWER:     The referenced video on Twitter speaks for itself; however, CNN denies Plaintiff's characterization of the video. CNN is without information or knowledge sufficient**

---

[1]  See https://www.youtube.com/watch?v=t3EC1_gcr34&feature=youtu.be&t=523 (last visited March 11, 2019).

to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 83 of the FAC and, on this basis, denies them.

84.     From online video and fair use of media broadcasts, Nicholas' counsel produced a fourteen-minute video distilling what occurred on January 18, entitled "Nicholas Sandmann: The Truth in 15 Minutes" (the "Sandmann Video"), available at https://www.youtube.com/watch?v=lSkpPaiUF8s (last visited March 11, 2019).

**ANSWER:     CNN admits a video of what occurred on the National Mall on January 18, 2019, and which Plaintiff refers to as the "Sandmann Video" exists. The Sandmann Video speaks for itself; however, CNN denies Plaintiff's characterization of the Sandmann Video. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 84 of the FAC and, on this basis, denies them.**

85.     The Banyamyan and Sandmann Videos accurately set forth the truth of the January 18 incident.

**ANSWER:     The Banyamyan and Sandmann Videos speaks for themselves; however, CNN denies Plaintiff's characterization of the Banyamyan and Sandmann Videos.**

86.     The Banyamyan and Sandmann Videos demonstrate that this incident was intentionally instigated by the Black Hebrew Israelites and Phillips, and that Nicholas was targeted by professional activists whose false accusations neatly fit the mainstream media's and social media's anti-Trump agenda.

**ANSWER:     The Banyamyan and Sandmann Videos speaks for themselves; however, CNN denies Plaintiff's characterization of the Banyamyan and Sandmann Videos.**

87.     The Banyamyan and Sandmann Videos demonstrate that Nicholas did not engage in any of the misconduct described by CNN.

**ANSWER:     The Banyamyan and Sandmann Videos speaks for themselves and no further response is required; however, CNN denies Plaintiff's characterization of the Banyamyan and Sandmann Videos.**

## NICHOLAS' STATEMENT AND NBC INTERVIEW

88.      On the afternoon of January 20, in an attempt to stem the threats of physical violence being made against him, his family, and his CovCath classmates, Nicholas made public a statement in which he provided a detailed and accurate factual description of the January 18 incident. A copy of Nicholas' January 20 statement is attached hereto as *Exhibit C*.

**ANSWER:      CNN admits that Exhibit C to the FAC is a statement issued by Plaintiff. The statement speaks for itself; however, CNN denies Plaintiff's characterization of the statement. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 88 of the FAC and, on this basis, denies them.**

89.      On January 23, in a further attempt to stem the threats of physical violence being made against him, his family, and his CovCath classmates, Nicholas agreed to an interview by Savannah Guthrie on the NBC *Today* show in which he reiterated his detailed and accurate factual description of his encounter with Phillips despite accusatory, "victim shaming" questions by Guthrie.

**ANSWER:      CNN admits that Sandmann was interviewed by Savannah Guthrie on January 23 on the *Today* show. The statements he and Guthrie made speak for themselves; however, CNN denies Plaintiff's characterization of their statements. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 89 of the FAC and, on this basis, denies them.**

## AN INVESTIGATION REVEALS THE TRUTH

90.      CNN did not conduct a proper investigation before publishing its false and defamatory statements of and concerning Nicholas.

**ANSWER:      CNN denies the allegations contained in Paragraph 90 of the FAC.**

91.      Pressured by the agendas of certain individuals, a false and defamatory statement of and concerning Nicholas was also published by the Diocese of Covington on January 19 before a proper investigation had been conducted by the Diocese.

**ANSWER:      CNN admits that the Diocese of Covington issued a statement about the events in question. The statement speaks for itself; however, CNN denies Plaintiff's**

**characterization of the statement. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of any remaining allegations set forth in Paragraph 91 of the FAC and, on this basis, denies them. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

92.     If CNN has bothered to speak to the Diocese of Covington, it would have learned that the statement was issued without any investigation by the Diocese.

**ANSWER:     CNN denies the allegations contained in Paragraph 92 of the FAC.**

93.     Subsequently, the Diocese of Covington retained through its counsel a third-party investigative firm, Greater Cincinnati Investigation, Inc. ("GCI"), to investigate and determine the facts of the January 18 incident.

**ANSWER:     CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 93 of the FAC and, on this basis, denies them.**

94.     On February 11, 2019, GCI issued its Final Investigative Report (the "GCI Report"), a true and correct copy of which is attached hereto as *Exhibit D*.

**ANSWER:     CNN admits that Exhibit D to the Complaint is an investigative report. The "GCI Report" speaks for itself and no further response is required.**

95.     On February 11, 2019, Diocese Bishop Foys released the GCI Report and said in a letter to the Covington Catholic parents that the GCI Report exonerated the students and demonstrated that the students did not instigate the incident at the Lincoln Memorial. A true and correct copy of said letter is attached hereto as *Exhibit E*.

**ANSWER:     CNN admits that Exhibit E to the Complaint is a letter authored by Diocese Bishop Foys. The letter speaks for itself and no further response is required.**

96.     The GCI Report is entirely consistent with all video evidence as well as statements issued by Nicholas and other CovCath students and chaperones.

**ANSWER:     CNN denies the allegations contained in Paragraph 96 of the FAC.**

97.     According to the GCI Report, four (4) licensed investigators spent approximately 240 man hours investigating the incident, interviewed 43 students and 13 chaperones, reviewed approximately 50 hours of Internet activity, and attempted to interview Phillips, who failed to

respond to phone calls, emails, or investigators who waited outside his home for 6 hours and left a note asking him to contact them.

**ANSWER:    The GCI Report speaks for itself and no further response is required.**

98.    The GCI Report made the following key findings:

(a)    Nicholas' January 20 statement accurately reflects the January 18 incident.

(b)    There was "no evidence that students responded [to the Black Hebrew Israelites] with any offensive or racist statements of their own."

(c)    The students asked their chaperones if they could perform school cheers to drown out the Black Hebrew Israelites' invective, and upon receiving approval, they performed the same cheers that are commonly performed at football or basketball games.

(d)    There was "no evidence that the students performed a 'Build the Wall' chant."

(e)    Phillips approached the Covington Catholic students.

(f)    There was "no evidence of offensive or racist statements by students to Mr. Phillips or members of his group."

(g)    The majority, if not all, of the MAGA hats being worn by students were purchased before, during, or after the March for Life.

(h)    In previous years, some students had purchased 'Hope' hats in support of President Obama.

(i)    "Mr. Phillips' public interviews contain some inconsistencies. . . ."

**ANSWER:    The GCI Report speaks for itself and no further response is required.**

**PHILLIPS' INCONSISTENT AND FALSE CLAIMS**

99.    Phillips is known to have given at least seven interviews to mainstream media, including CNN, *The Washington Post*, *The Associated Press, Detroit Free Press, MSNBC, Democracy Now,* and *CBS*.

**ANSWER:    CNN admits that it and other news organizations interviewed Phillips.**

100.    The accusations of Phillips and his companions, as published by CNN and the others identified above, are remarkably inconsistent with each other and the video evidence.

**ANSWER:**     **CNN's and others' news reports speaks for themselves; however, CNN denies Plaintiff's characterization of those news reports.**

101.     According *to The Washington Post*, Phillips stated that the students "suddenly swarmed around him as he and other activists were wrapping up the march."

**ANSWER:**     **The third-party news reports speak for themselves and no further response is required.**

102.     According to *The Associated Press*, Phillips stated that "he felt compelled to get between two groups with his ceremonial drum to defuse a confrontation."

**ANSWER:**     **The third-party news reports speak for themselves and no further response is required.**

103.     According to CNN, Phillips stated he "had *put myself* in a really dangerous situation," but that he was "surrounded" by Nicholas and his classmates.

**ANSWER:**     **CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating.**

104.     According to *The Washington Post*, Phillips said he was trying to "exit out of this situation and finish my song at the Lincoln Memorial."

**ANSWER:**     **The third-party news reports speak for themselves and no further response is required.**

105.     Again, according *to The Washington Post*, "Phillips said he was trying to reach the top of the memorial, where friends were standing."

**ANSWER:**     **The third-party news reports speak for themselves and no further response is required.**

106.    According to *Democracy Now!*, Phillips stated that "I wasn't focusing on anybody except taking the youth out of there, the Indigenous youth that was with me, out of that situation, and that's when Mr. Sandmann stood in front of me and blocked my path."

**ANSWER:    The third-party news reports speak for themselves and no further response is**

**required.**

107.    According to CNN on one occasion, Phillips was not focused on reaching the Lincoln Memorial:

> I needed an out. I needed to escape. I needed to get away. I needed to retreat somehow, but the only way I could retreat at that moment, is what I see, is just to go forward, and when I started going forward and that mass of groups of people started separating and moving aside to allow me to move out of the way or to proceed, this young fellow put himself in front of me and wouldn't move.

**ANSWER:    CNN's reporting speaks for itself and no further response is required.**

108.    But according to CNN on another occasion, "Phillips said the students surrounded him and Sandmann blocked his path to the Lincoln Memorial steps."

**ANSWER:    CNN's reporting speaks for itself and no further response is required.**

109.    Despite Phillips' public claims that the students yelled "build that wall," "go back to Africa," and "go back to the reservation," no video evidence exists substantiating this accusation.

**ANSWER:    CNN denies the allegations contained in Paragraph 109 of the FAC.**

110.    Despite Phillips' claims that the students left because they were "running from the police," the video evidence and statements of witnesses demonstrate that the students left to catch their buses and Phillips then turned away from the top of the stairs and celebrated his perceived "win" with his companions.

**ANSWER:    The videos and statements of witnesses speak for themselves and no further**

**response is required.**

111.    Although Phillips has previously claimed to have served in Vietnam, it is now evident that though Phillips was in the Marines, he was never deployed overseas.

**ANSWER:    CNN admits that, as its reporting currently states, Phillips "did serve in the**

**military during the Vietnam War, but according to his service records, he was not deployed**

**to Vietnam."**

112.    Even a cursory review of Phillips past would have raised serious concerns among objective journalists as to his reliability and credibility as a source for describing the January 18 incident and would have revealed that Phillips was a liar and an activist with an agenda.

**ANSWER:    CNN avers that Paragraph 112 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 112 of the FAC.**

### THE CNN COVERAGE

113.    CNN rushed to be among the first members of the broadcast and online mainstream media to assassinate Nicholas' character and reputation, airing its false and defamatory interview with Phillips on January 19.

**ANSWER:    CNN denies the allegations contained in Paragraph 113 of the FAC.**

114.    CNN also posted its first article about the January 18 incident on January 19.

**ANSWER:    CNN admits the allegations contained in Paragraph 114 of the FAC.**

115.    To the extent the January 18 incident was newsworthy at all, it was not "hot news" or "breaking news."

**ANSWER:    CNN avers that Paragraph 115 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 115 of the FAC.**

116.    CNN did not investigate the January 18 incident prior to publishing its false and defamatory accusations and any efforts it might now claim to be investigative in nature were woefully inadequate and unreasonably deficient when weighed against journalistic standards, particularly standards governing reporting on minors.

**ANSWER:    CNN avers that Paragraph 116 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 116 of the FAC.**

117.    One of the reporters on the story first retweeted the 2020fight video just hours before interviewing Phillips.

**ANSWER:    CNN denies the allegations contained in Paragraph 117 of the FAC.**

118.    In the intervening time, CNN apparently managed to track down and interview Phillips, write and publish a written story, edit the filmed interview, and prepare for a live broadcast.

**ANSWER:    CNN denies the allegations contained in Paragraph 118 of the FAC.**

119.    CNN rushed to interview Phillips because his lies about Nicholas, a student wearing a MAGA cap, neatly fit CNN's anti-Trump agenda.

**ANSWER:    CNN denies the allegations contained in Paragraph 119 of the FAC.**

120.    As CNN belatedly acknowledged, the social media mob was "the latest example of social media's glaring problem: snap judgments, without full context, spread by people who themselves could be trying to deceive or sway opinions."

**ANSWER:    CNN's reporting speaks for itself and no further response is required.**

121.    But CNN refused to acknowledge the obvious: its coverage of the January 18 incident was riddled with the same glaring problems of uniformed, biased social media snap judgments without context by people who are trying to influence others because CNN relied on social media accusations and extended them far beyond them in describing the incident without performing its journalistic and ethical duties to conduct a reasonable investigation and treat children with heightened sensitivity.

**ANSWER:    CNN avers that Paragraph 121 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 121 of the FAC.**

122.    One of CNN's on-air reporters, S.E. Cupp, who also rushed to judgment in her CNN broadcast on January 19 (bearing the caption "Shameful Act [–] Viral Video Captures Teens Mocking Native American Veteran") lamented two days later:

> Hey guys. Seeing all the additional videos now, and I 100% regret reacting too quickly to the Covington story. I wish I'd had the fuller picture before weighing in, and I'm truly sorry.

A true and correct copy of the Cupp tweet is attached hereto as *Exhibit F.*

**ANSWER:    CNN admits that Exhibit F to the FAC is a tweet from the personal Twitter account of CNN host and political commentator S.E. Cupp. The tweet speaks for itself and no further response is required.**

123.     This admission came on Cupp's personal Twitter account (@secupp) and has never been posted on her CNN Twitter (@UnfilteredSE) or on any of CNN's own media channels.

**ANSWER:     CNN states that the tweet speaks for itself and admits that the tweet was not posted to @UnfilteredSE or any of CNN's platforms.**

124.     CNN has belatedly conceded that "[m]ost commentators have cited Sandman's standoff with a Native American veteran at the Lincoln Memorial as a parable about rushed judgment" in which "people were quick to heap scorn on the Kentucky teenager without knowing all the facts."

**ANSWER:     CNN's reporting speaks for itself and no further response is required.**

125.     This is a parable in which CNN was a main culprit but yet it never to the date of the filing of this Complaint issued a formal retraction, correction or an apology to Nicholas.

**ANSWER:     CNN's reporting speaks for itself and no further response is required.**

### PARTIES, JURISDICTION, AND VENUE

126.     Nicholas Sandmann and his parents reside in Kenton County, Kentucky.

**ANSWER:     CNN admits the allegations contained in Paragraph 126 of the FAC.**

127.     Nicholas is a 16-year old 11th grade student who attends CovCath, an all-male Catholic high school in Park Hills, Kentucky.

**ANSWER:     CNN admits the allegations contained in Paragraph 127 of the FAC.**

128.     CNN is a foreign corporation existing under the laws of the State of Delaware with its principal place of business being located at One CNN Center, Atlanta, Georgia 30303. CNN may be served by delivery of a copy of the summons and complaint to its duly-appointed registered agent, the Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

**ANSWER:     CNN admits the allegations contained in Paragraph 128 of the FAC.**

129.     There exists complete diversity of citizenship between Plaintiffs and CNN.

**ANSWER:     CNN avers that Paragraph 129 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN avers that this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332.**

130.    The amount in controversy greatly exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests, costs, and attorneys' fees, as required to sustain subject-matter jurisdiction in this Court.

**ANSWER:    CNN avers that Paragraph 130 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN avers that this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332.**

131.    This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a).

**ANSWER:    CNN avers that Paragraph 131 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN avers that this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332.**

132.    CNN is the nation's first cable news network and remains a fixture of cable news – both nationally and internationally.

**ANSWER:    CNN admits the allegations contained in Paragraph 132 of the FAC.**

133.    CNN transacts business in the State of Kentucky, including through the distribution of its content through cable television and the Internet, and CNN committed the tortious acts identified herein in the State of Kentucky.

**ANSWER:    CNN admits that its programming is accessible within the Commonwealth of Kentucky.  CNN avers that the remainder of Paragraph 133 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in the remainder of Paragraph 133 of the FAC.**

134.    CNN published the broadcasts and online articles identified herein in the State of Kentucky.

**ANSWER:    CNN admits that its telecasts and online articles identified in the FAC were accessible within the Commonwealth of Kentucky. CNN denies the remaining allegations of Paragraph 134 of the FAC.**

135.    CNN has intentionally sought and obtained benefits from their tortious acts in the State of Kentucky.

**ANSWER:    CNN avers that Paragraph 135 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 135 of the FAC.**

136.    CNN directed its conduct at Nicholas, a citizen of Kentucky.

**ANSWER:    CNN avers that Paragraph 136 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 136 of the FAC.**

137.    Nicholas suffered substantial reputational and emotional harm in this District.

**ANSWER:    CNN denies the allegations contained in Paragraph 137 of the FAC.**

138.    There is a reasonable and direct nexus between CNN's tortious conduct in Kentucky and the harm suffered by Nicholas in Kentucky and beyond.

**ANSWER:    CNN denies the allegations contained in Paragraph 138 of the FAC.**

139.    CNN is subject to the jurisdiction of this Court pursuant to KRS 454.210.

**ANSWER:    Paragraph 139 states a legal conclusion to which no response is required.**

140.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because the CNN is subject to personal jurisdiction in this District and/or a substantial part of the events giving rise to this claim occurred in this District, including publication and injury.

**ANSWER:    Paragraph 140 states a legal conclusion to which no response is required.**

### CAUSE OF ACTION FOR DEFAMATION

141.    Nicholas reasserts and incorporates by reference paragraphs 1 through 140 of this Complaint as if fully restated herein.

**ANSWER:    CNN hereby incorporates by reference paragraphs 1-140 above as if fully set forth herein.**

142.    CNN published to third parties without privilege no less than four (4) false and defamatory television broadcasts, nine (9) false and defamatory Internet articles, and four (4) false and defamatory tweets of and concerning Nicholas.

**ANSWER:   CNN admits that it published news reports about what occurred on the National Mall on January 18, 2019, but otherwise denies the allegations of Paragraph 142 of the FAC.**

143.    On January 19, 2019, CNN aired its first false and defamatory broadcast, which it also posted online, subtitled "NATIVE AMERICAN WAR VET: 'THIS YOUNG FELLA PUT HIMSELF IN FRONT OF ME AND WOULD NOT MOVE'" (the "First Broadcast").

**ANSWER:   CNN's news reporting on January 19 speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

144.    The First Broadcast was mirrored by others and can be viewed by the Court at https://www.youtube.com/watch?v=ZY1GfvJWeGY&has_verified=1 (last visited March 4, 2019).

**ANSWER:   CNN's news reporting speaks for itself and no further response is required. CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of whether or by whom its reporting has been "mirrored," and on this basis, denies those allegations. CNN avers that a copy of the news report that Plaintiff refers to as the "First Broadcast" was filed conventionally with the Court as Exhibit 5 to CNN's Motion to Dismiss Plaintiff's original Complaint (Dkt. No. 31).**

145.    The First Broadcast features Nicholas prominently by publication of the Taitano Videos and emphasizing his alleged involvement as "a young man [that] got right in his [Phillips'] face."

**ANSWER:   CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating.**

146.    The First Broadcast published selected portions of a taped interview of Phillips.

**ANSWER:   CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating.**

147.    The First Broadcast communicated the false and defamatory gist that Nicholas instigated a confrontation with Phillips and otherwise engaged in racist conduct.

**ANSWER:   CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

148.    The First Broadcast communicated the false and defamatory gist that Nicholas assaulted Phillips.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

149.    The First Broadcast communicated the false and defamatory gist that Nicholas engaged in racist taunts.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

150.    The First Broadcast communicated the false and defamatory gist that Nicholas' behavior violated the fundamental standards of his religious community.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that**

**Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

151.   The First Broadcast communicated the false and defamatory gist that Nicholas' behavior violated the policies of his school such that he should be expelled.

**ANSWER:   CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

152.   In its First Broadcast, CNN published or republished the following false and defamatory statements:

(a)   The subtitle "HEARTBREAKING VIRAL VIDEO ... Viral video appears to show teens harassing Nathan Phillips in DC"

(b)   The subtitle "HEARTBREAKING VIRAL VIDEO ... 'I'M A VIETNAM VETERAN AND I KNOW THAT MENTALITY OF 'THERE'S ENOUGH OF US, WE CAN DO THIS'"

(c)   The subtitle "NATIVE AMERICAN WAR VET: 'THIS YOUNG FELLA PUT HIMSELF IN FRONT OF ME AND WOULD NOT MOVE"

(d)   "We are hearing from a Native American elder and Vietnam War veteran speaking to CNN after a disturbing viral video shows a group of teens harassing and mocking him in the nation's capital."

(e)   "Nathan Phillips was beating his drum and singing an American Indian protest song . . . when he saw a clash erupting between a group of teenaged students and four African American young men preaching about the bible and oppression . . . ."

(f)      "'When I was there and I was standing there and I seen that group of people in front of me and I seen the angry faces and all of that I realized I had put myself in a really dangerous situation, you know, it was like here is a group of people who were angry at somebody else and I put myself in front of that and all of a sudden I am the one who all that anger and all that wanting to have the freedom to just rip me apart, you know, that was scary. I'm a Vietnam times veteran and I know that mentality of 'there's enough of us, we can do this.'"

(g)      "Then Phillips describes the tense moments now being replayed over and over again online when a young man got right in his face, watch."

(h)      "'When I started going forward and that massive groups of people started separating and separating and moving aside to allow me to move out of the way, or to proceed, this young feller put himself in front of me and wouldn't move. And, so I couldn't – if I took another step, I would be putting my person into his presence, into his space, and I would have touched him, and that would have been the thing that the group of people would have needed to spring on me.'"

(i)      "We condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general, Jan. 18, after the March for Life, in Washington, D.C. We extend our deepest apologies to Mr. Phillips. This behavior is opposed to the Church's teachings on the dignity and respect of the human person. The matter is being investigated and we will take appropriate action, up to and including expulsion . . ."

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

153.    On January 19, 2019, CNN aired its second false and defamatory broadcast, which it also posted online, subtitled "SHAMEFUL ACT [-] VIRAL VIDEO CAPTURES TEENS MOCKING NATIVE AMERICAN VETERAN" (the "Second Broadcast").

**ANSWER:     CNN's news reporting on January 19 speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

154.    The Second Broadcast can be viewed by the Court at https://twitter.com/unfilteredse/status/1086789656207810561?lang=en (last visited March 4, 2019).

**ANSWER:     CNN denies the allegations contained in Paragraph 154 of the FAC. CNN avers that a copy of the news report that Plaintiff refers to as the "Second Broadcast" was filed conventionally with the Court as Exhibit 4 to CNN's Motion to Dismiss Plaintiff's original Complaint (Dkt. No. 31).**

155.    The Second Broadcast features Nicholas prominently by publication of the Taitano Videos and otherwise emphasizing his alleged involvement by focusing on a still photograph taken from the Taitano Videos, which was rendered in black and white, except for the three MAGA caps, which were displayed in glaring red.

**ANSWER:     CNN's reporting speaks for itself and no further response is required.**

156.    The Second Broadcast communicated the false and defamatory gist that Nicholas instigated a confrontation with Phillips and the Black Hebrew Israelites and otherwise engaged in racist conduct.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no**

response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

157.    The Second Broadcast communicated the false and defamatory gist that Nicholas assaulted Phillips.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

158.    The Second Broadcast communicated the false and defamatory gist that Nicholas engaged in racist taunts.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

159.    The Second Broadcast communicated the false and defamatory gist that Nicholas' behavior violated the fundamental standards of his religious community.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

160.    The Second Broadcast communicated the false and defamatory gist that Nicholas' behavior violated the policies of his school such that he should be expelled.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

161.    In its Second Broadcast, CNN published or republished the following false and defamatory statements:

> (a)    The subtitle "'SHAMEFUL ACT [-] VIRAL VIDEO CAPTURES TEENS MOCKING NATIVE AMERICAN VETERAN."

> (b)    "You've probably seen it by now, the viral video sweeping the Internet of a mob of MAGA hat wearing high school students surrounding a Native American chanting and drumming in the nation's capital at the Indigenous Peoples March."

(c)     "He and others were harassed and taunted by students from Covington Catholic High School, a private all boys school in Kentucky . . . ."

(d)     "The Communications Director with the Roman Catholic Diocese of Covington released a brief statement today, saying in part 'We condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general... The matter is being investigated and we will take the appropriate action, up to and including expulsion.'"

(e)     "Well those are some tough words, and clearly these boys are not getting a good education, because it makes little sense to angrily chant 'build the wall' to a population with literally zero illegal immigrants, who were here long before we were."

(f)     "Nathan Phillips has told CNN that these kids originally started shouting at a group of African-Americans and he walked between them trying to break up the shouting match that followed. What did you think when you saw these kids starting to circle Nathan Phillips?"

(g)     "As an attorney I felt that this qualified as a legal definition of assault. They were causing an apprehension, an objective fear of offensive contact or harm."

(h)     What you mentioned, they originally started by taunting a group of African-Americans, they moved over to Nathan Phillips and your group."

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

162.     On January 19, 2019, CNN published online its first false and defamatory article entitled "Teens in Make America Great Again hats taunted a Native American elder at the Lincoln Memorial" (the "First Article"). A true and correct copy of the First Article is attached hereto as *Exhibit G.*

**ANSWER:    CNN admits that it published an article titled "Teens in Make America Great Again hats taunted a Native American elder at the Lincoln Memorial" and that a true and correct copy of the article is attached to the FAC as Exhibit G.  CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

163.    The First Article features Nicholas prominently by publication of the Taitano Videos showing Nicholas' face, and emphasized Nicholas' alleged involvement, including by referring to him as "a smiling young man in a red Make America Great Again hat standing directly in front of [Phillips]."[2]

**ANSWER:    CNN's reporting speaks for itself and no further response is required.**

164.    The First Article communicated the false and defamatory gist that Nicholas instigated a confrontation with Phillips and the Black Hebrew Israelites and otherwise engaged in racist conduct.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of**

---

[2]  Plaintiff was forced to resort to archived versions of certain articles because CNN altered, changed, and/or updated certain articles. As a result, certain of the articles may not depict embedded content, including the Taitano Videos, as originally contained in the articles.

its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

165.    The First Article communicated the false and defamatory gist that Nicholas engaged in racist taunts.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

166.    The First Article communicated the false and defamatory gist that Nicholas assaulted Phillips.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

167.    The First Article communicated the false and defamatory gist that Nicholas' behavior violated the fundamental standards of his religious community.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

168.    The First Article communicated the false and defamatory gist that Nicholas' behavior violated the policies of his school such that he should be expelled.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

169.    In its First Article, the CNN published or republished the following false and defamatory statements:

(a)    The headline "Teens in Make America Great Again hats taunted a Native American elder at the Lincoln Memorial"

(b)    "A crowd of teenagers surrounded a Native American elder and other activists and mocked them after Friday's Indigenous Peoples March at the Lincoln Memorial."

(c)      "'I did not feel safe in that circle,' said Kaya Taitano, a student at the University of the District of Columbia who participated in the march and shot the videos."

(d)      "She [Taitano] told CNN that the teens were chanting things like 'Build the wall' and 'Trump 2020.'"

(e)      "Taitano said the whole incident started when the teens and four young African-Americans, who'd been preaching about the Bible nearby, started yelling and calling each other names."

(f)      "Phillips walked through the crowd, and Taitano said things were starting to calm down until he got to the grinning boy seen in the video. 'This one kid just refused to move and he just got in Nathan's face,' she said." Other boys circled around, she said. 'They just surrounded him and they were mocking him and mocking the chant . . . .'"

(g)      "'I was scared, I was worried for my young friends. I don't want to cause harm to anyone,' Phillips told CNN's Sara Sidner. 'I don't like the word 'hate.' I don't like even saying it, but it was hate unbridled. It was like a storm.'"

(h)      "'What the young man was doing was blocking my escape. I wanted to leave. I was thinking, 'How do I get myself out of this? I want to get away from it,' Phillips said."

(i)      "'We condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general, Jan. 18, after the March for Life, in Washington, D.C. We extend our deepest apologies to Mr. Phillips. This behavior is opposed to the Church's teachings on the dignity and respect of the human person. The matter is being investigated and we will take appropriate action, up to and including expulsion . . . ."

(j)      "Phillips also appeared upset in a video Taitano posted after the confrontation. He wiped away tears as he talked about the chants of 'build that wall.'"

**ANSWER:      CNN's reporting speaks for itself and no further response is required. CNN**

**avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21,**

**2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating**

**by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no**

**response is required regarding any challenged statements other than those reporting that**

**Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of**

its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

170.    On January 20, 2019, CNN published online its second false and defamatory article entitled "Native American man confronted by teens speaks out" (the "Second Article"). A true and correct copy of the Second Article is attached hereto as *Exhibit H.*

**ANSWER:    CNN admits that it published an article titled "Native American man confronted by teens speaks out" and that a true and correct copy of the article is attached to the FAC as Exhibit H. CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

171.    The Second Article referenced the First Broadcast, which displays and discusses the viral Taitano Videos prominently featuring Nicholas.

**ANSWER:    CNN's reporting speaks for itself and no further response is required.**

172.    The Second Article communicated the false and defamatory gist that Nicholas instigated a confrontation with Phillips and otherwise engaged in racist conduct.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of**

its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

173.    The Second Article communicated the false and defamatory gist that Nicholas engaged in racist taunts.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

174.    The Second Article communicated the false and defamatory gist that Nicholas assaulted Phillips.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

175.    The Second Article communicated the false and defamatory gists communicated by the First Broadcast.

**ANSWER:   CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

176.    In its Second Article, CNN published or republished the following false and defamatory statements:

(a)    The headline "Native American man confronted by teens speaks out."

(b)    "Nathan Phillips, a Native American elder with the Omaha tribe, shares how he felt after he was mocked by a crowed of teeenagers wearing 'Make America Great Again' hats during the Indigenous Peoples March in Washington."

(c)    The republication of certain of the false statements in the First Broadcast set forth above, including the following:

i.    The subtitle "HEARTBREAKING VIRAL VIDEO ... Viral video appears to show teens harassing Nathan Phillips in DC"

ii.    The subtitle "HEARTBREAKING VIRAL VIDEO ... 'I'M A VIETNAM VETERAN AND I KNOW THAT MENTALITY OF 'THERE'S ENOUGH OF US, WE CAN DO THIS'"

iii.    The subtitle "'NATIVE AMERICAN WAR VET: 'THIS YOUNG FELLA PUT HIMSELF IN FRONT OF ME AND WOULD NOT MOVE"

iv.    "When I was there and I was standing there and I seen that group of people in front of me and I seen the angry faces and all of that I realized I had put myself in a really dangerous situation, you know, it was like here is a group of people who were angry at somebody else and I put myself in front of that and all of a sudden I am the one who all that anger and all that wanting to have the freedom

to just rip me apart, you know, that was scary. I'm a Vietnam times veteran and I know that mentality of 'there's enough of us, we can do this.'"

> v.     "Then Phillips describes the tense moments now being replayed over and over again online when a young man got right in his face, watch."

> vi.     "When I started going forward and that massive groups of people started separating and separating and moving aside to allow me to move out of the way, or to proceed, this young feller put himself in front of me and wouldn't move. And, so I couldn't – if I took another step, I would be putting my person into his presence, into his space, and I would have touched him, and that would have been the thing that the group of people would have needed to spring on me."

> vii.     "We condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general, Jan. 18, after the March for Life, in Washington, D.C. We extend our deepest apologies to Mr. Phillips. This behavior is opposed to the Church's teachings on the dignity and respect of the human person. The matter is being investigated and we will take appropriate action, up to and including expulsion . . ."

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

177.     The above portion of the First Broadcast is hereinafter referred to as the "Republished First Broadcast." The Court may view the Republished First Broadcast at https://www.CNN.com/videos/us/2019/01/20/native-american-nathan-phillips-maga-teens-video-sot-nr-vpx.CNN (last visited March 5, 2019).

**ANSWER:     CNN's reporting speaks for itself and no further response is required.**

178.     In addition to the nine articles expressly sued upon herein, CNN also republished online the Republished First Broadcast on at least four (4) occasions as follows:

(a)     January 22, 2019, article entitled "Trump takes students' side in racially charged DC protest controversy," available at https://www.CNN.com/2019/01/22/politics/donald-trump-covington-students/index.html;

(b)     January 22, 2019, article entitled "Native American elder and Covington Catholic teen both say they are willing to talk," available at https://www.CNN.com/2019/01/22/us/covington-catholic-high-school-threats/index.html;

(c)     January 22, 2019, article entitled "DC Protest weekend was a national Rorschach test," available at https://www.CNN.com/2019/01/22/opinions/washington-dc-marches-national-divisions-maltby/index.html; and

(d)     January 23, 2019, article entitled "Catholic student in viral video says he respects Native American elder, but he doesn't owe an apology" available at https://www.CNN.com/2019/01/23/us/nick-sandmann-interview-maga-teens-covington-catholic/index.html.

**ANSWER:     CNN's reporting speaks for itself and no further response is required.**

179.     On January 20, 2019, CNN aired its third false and defamatory broadcast, subtitled "VIRAL VIDEO [-] MAGA HAT TEENS TAUNT NATIVE AMERICAN AT INDIGENOUS PEOPLES MARCH" (the "Third Broadcast").[3]

**ANSWER:     CNN's news reporting on January 20 speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

180.     The Third Broadcast features Nicholas prominently by publication of the Taitano Videos and otherwise emphasized his role in the January 18 incident.

---

[3]  This and the other broadcasts have since been filed into the record by CNN, and the Court may view them accordingly.

**ANSWER:     CNN's reporting speaks for itself and no further response is required.**

181.    The Third Broadcast communicated the false and defamatory gist that Nicholas instigated a confrontation with Phillips and otherwise engaged in racist conduct.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

182.    The Third Broadcast communicated the false and defamatory gist that Nicholas assaulted Phillips.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

183.    The Third Broadcast communicated the false and defamatory gist that Nicholas engaged in racist harassment.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21,**

2019 Order in *Sandmann v. NBCUniversal Media, LLC*, **2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

184. The Third Broadcast communicated the false and defamatory gist that Nicholas' behavior violated the fundamental standards of his religious community.

**ANSWER:   CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

185. In its Third Broadcast, CNN published or republished the following false and defamatory statements:

(a)   The subtitle "VIRAL VIDEO [-] MAGA HAT TEENS TAUNT NATIVE AMERICAN AT INDIGENOUS PEOPLES MARCH."

(b)   "A Native American elder and Vietnam war veteran is speaking to CNN after a disturbing viral video shows this group of teenagers harassing and mocking him."

(c)   "'When I was there and I was standing there and I seen that group of people in front of me and I seen the angry faces and all of that I realized I had put myself in a really dangerous situation, you know, it was like here is a group of people who were angry at somebody else and I put myself in front of that and all of a sudden I am the one who all that anger and all that wanting to have the freedom to just rip me apart,

you know, that was scary. I'm a Vietnam times veteran and I know that mentality of 'there's enough of us, we can do this.'"

(d)      "He [Phillips] said the young man got right in his face."

(e)      "'When I started going forward and that massive groups of people started separating and separating and moving aside to allow me to move out of the way, or to proceed, this young feller put himself in front of me and wouldn't move. And, so I couldn't – if I took another step, I would be putting my person into his presence, into his space, and I would have touched him, and that would have been the thing that the group of people would have needed to spring on me.'"

(f)      "The Roman Diocese has condemned those teens' actions."

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

186.     On January 21, 2019, CNN published online its third false and defamatory article entitled "Native American elder Nathan Phillips, in his own words" (the "Third Article"). A true and correct copy of the Third Article is attached hereto as *Exhibit I.*

**ANSWER:     CNN admits that it published an article titled "Native American elder Nathan Phillips, in his own words" and that a true and correct copy of the article is attached to the FAC as Exhibit I. CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those**

reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN

denies that any of its news reports about what occurred on the National Mall on January 18,

2019, were false and defamatory.

187.     The Third Article features Nicholas prominently by publication of the Taitano
Videos showing Nicholas' face and emphasized Nicholas' alleged involvement as being the
"young fellow [who] put himself in front of [Phillips] and wouldn't move."

**ANSWER:     CNN's reporting speaks for itself and no further response is required.**

188.     The Third Article republishes CNN's interview of Phillips but notes that it was
"lightly edited for flow and content."

**ANSWER:     CNN's reporting speaks for itself and no further response is required.**

189.     The Third Article communicated the false and defamatory gist that Nicholas
instigated a confrontation with Phillips and the Black Hebrew Israelites and otherwise engaged in
racist conduct.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN**

**avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21,**

**2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating**

**by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no**

**response is required regarding any challenged statements other than those reporting that**

**Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of**

**its news reports about what occurred on the National Mall on January 18, 2019, were false**

**and defamatory.**

190.     The Third Article communicated the false and defamatory gist that Nicholas
engaged in racist taunts.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN**

**avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21,**

**2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating**

**by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no**

response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

191.    The Third Article communicated the false and defamatory gist that Nicholas assaulted Phillips and the Black Hebrew Israelites.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

192.    The Third Article communicated the false and defamatory gists communicated by the First Broadcast.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

193.    In its Third Article, CNN published or republished the following false and defamatory statements:

(a)    The republication of the false statements in the Republished First Broadcast set forth above.

(b)    "Phillips described what he felt was hatred coming from the young people in the crowd, who are pupils at Covington Catholic School in Kentucky

(c)    CNN question:[4] "Tell us what happened, what transpired between you and the young people who were all standing around you? How did you end up surrounded by this group of young people with the MAGA hats on?" Phillips Answer: "... it escalated into an ugly situation that I found myself in the middle of. Yeah, I found myself in the middle of it, sort of woke up to it."

(d)    CNN question: "What did it feel like that you were witnessing?" Phillips Answer: "Oh, what I was witnessing was just hate? Racism? Well, hate. What I'm saying is that when these folks came there, these other folks were saying their piece, and these others they got offended with it because they were both just expressing their own views. And if it's racism, that's what it was because the folks that were having their moment there, they were saying things that I don't know if I agreed with them or not, but some of it was educational, and it was truth, and it was history about religious views and ideologies, but these other folks, the young students, they couldn't see it. They had one point of view, it seemed, and that was their point of view was the only point of view that was worthwhile."

(e)    CNN question: "Were you trying to calm the situation down basically when you saw kind of things seemed to spiral out of control?" Phillips Answer: "I think so. I think that was the push, that we need to use the drum, use our prayer and bring a balance, bring a calming to the situation.... It looked like these young men were going to attack these guys. They were going to hurt them. They were going to hurt them because they didn't like the color of their skin. They didn't like their religious views. They were just here in front of the Lincoln – Lincoln is not my hero, but at the same time, there was this understanding that he brought the (Emancipation Proclamation) or freed the slaves, and here are American youth who are ready to, look like, lynch these guys. To be honest, they looked like they were going to lynch them. They were in this mob mentality.... To allow such hate and racism ..."

(f)    CNN question: "Let me ask you about what happened to you. These boys in the middle of this group and you find yourself surrounded. How did that happen and what did that feel like as a person standing there face to face with a young man who seems to be staring at you or glaring at you? How would you describe that moment?" Phillips Answer: "When I was there and I was standing there and I seen that group of people in front of me and I seen the angry faces and all of that, I realized I had put myself in a really dangerous situation. Here's a group of people

---

[4] CNN's questions are provided for appropriate context.

57

who were angry at somebody else and I put myself in front of that, and all of a sudden, I'm the one who[] all that anger and all that wanting to have the freedom to just rip me apart, that was scary. And I'm a Vietnam [times]5 veteran and I know that mentality of 'There's enough of us. We can do this.'"

(g)      CNN question: "The young man that was standing in front of you, what was he doing and what was he trying to do as you were playing the drum. Were you fearful? Were you trying to leave?" Phillips Answer: "... I had realized where I'm at and what I was doing, and I realized there was other people with me and I didn't want them to get hurt because there was 100-plus of these young men who were well-fed and healthy and strong and ready to do harm to somebody. And they just wanted that point of 'This is it' and spring. If this young man thought that he was [at] that point and what I was trying to do, I realized where I was at. I needed an out. I needed to escape. I needed to get away. I needed to retreat somehow, but the only way I could retreat at that moment, is what I see, is just to go forward, and when I started going forward and that mass of groups of people started separating and moving aside to allow me to move out of the way or to proceed, this young fellow put himself in front of me and wouldn't move. If I took another step, I would be putting my person into his presence, into his space and I would've touched him and that would've been the thing that the group of people would've needed to spring on me. Because if I would've reached out with my drum or with my hands and touched him, that would've given them – I did that. I struck out, and that's not what I was doing. The song I was singing, the reason for it, was to bring unity and to bring love and compassion back into our minds and our beings as men and as protector of what is right...."

(h)      CNN question: "Does it feel like hatred toward you because the kids will say, 'Oh we were just chanting our school chants and this person came in between us as we were chanting our school chants and we were not being hateful.' What did it feel like to you?'" Phillips Answer: "I'm sorry. I don't mean to laugh. Well, yes, I do, I guess. I heard that rhetoric before and it's just one of those things, it's got to be like water off a duck's back. Time for lies to not be accepted anymore. I don't accept their 'I'm just chanting a school chant.'"

(i)      CNN question: "Was there fear? ... What did it feel like in that scenario for you as you were standing there sort of surrounded and the chants were going on and the young man was standing sort of in your face?" Phillips Answer: "When they said, 'Let's go hit the drum, let's go sing, let's reclaim our space here' because this was the Indigenous Peoples March rally, and when these two groups came together and started that and I was witnessing as it escalated from just two small groups, then the other one just went back and got more people, went back and got more people, went back and got more people until there were over 100 people, maybe 200 young men there facing down what, four individuals? Why did they

---

5  CNN's Third Article purports to be a script of the Phillips interview shown in the First Broadcast but omits "times" in between "Vietnam" and "veteran."

need 200 people there other than it's hate and racism? They had their target. They had their prey."

(j)     CNN question: "Were they being hateful, just bottom line? Did you feel hate from this group of people? Did it feel like they were being aggressive?" Phillips Answer: "I do believe that's all I could feel, and I don't like feeling it."

(k)     CNN question: "One of the things they said is we weren't protesting against Native Americans. We were there for the March for Life and we were just chanting – and this is kind of putting the blame on you – and that this person came into our space and we were just getting all hyped up. Do you buy that?" Phillips Answer: "Not in the least."

(l)     CNN question: "What really happened?" Phillips Answer: "They were there looking for trouble, looking for something...."

(m)     CNN question: "You dispute what they're trying to push off, which is basically, 'We were just chanting our school chants and this person came into our space and we were just being happy-go-lucky kids.'" Phillips Answer: "No, not happy go lucky. If they was happy go lucky, we would've been laughing and enjoying each other's presence and company because that's the kind of thing I like to do. I like to meet people. . . . But what was happening there, there was nothing happy go lucky about it. It was just, 'Build the wall' and some of the things that I heard but can't really say I exactly heard that because it was way over there, and they could say, 'Oh nobody said that. It wasn't us who said that.' So it's one of those he-said, she-said, things and what I'm saying is that they were being very aggressive and they were very ready to hurt somebody. They just needed a reason. . . ."

**ANSWER:      CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

194.     On January 21, 2019, CNN aired its fourth false and defamatory broadcast, which it also posted online, subtitled "STUDENT AT CENTER OF CONTROVERSIAL VIRAL FACE-

OFF SPEAKS OUT" (the "Fourth Broadcast," with the First, Second, and Third Broadcasts, the "Broadcasts"). The Court may view the Fourth Broadcast at https://www.CNN.com/videos/politics/2019/01/23/covington-students-white-house-viral-video-today-show-sidner-sot-ebof-vpx.CNN (last visited March 5, 2019).

**ANSWER:     CNN's news reporting on January 21 speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

195.     In addition to the nine articles expressly sued upon herein, CNN also republished online the Fourth Broadcast on at least five (5) occasions as follows:

(a)     January 21, 2019, article entitled "Chaperones on Kentucky high school trip defend students," available at https://www.CNN.com/2019/01/21/us/chaperones-kentucky-high-school/index.html;

(b)     January 22, 2019, article entitled "Trump takes students' side in racially charged DC protest controversy," available at https://www.CNN.com/2019/01/22/politics/donald-trump-covington-students/index.html;

(c)     January 22, 2019, article entitled "Native American elder and Covington Catholic teen both say they are willing to talk," available at https://www.CNN.com/2019/01/22/us/covington-catholic-high-school-threats/index.html;

(d)     January 22, 2019, article entitled "White House expresses support for Covington Catholic students," available at https://www.CNN.com/2019/01/22/politics/white-house-covington-students/index.html; and

(e)     January 23, 2019, article entitled "5 things to know for January 23: Shutdown, teachers' strikes, transgender military ban," available at https://www.CNN.com/2019/01/23/us/five-things-january-23-trnd/index.html.

**ANSWER:   CNN's reporting speaks for itself and no further response is required.**

196.   The Fourth Broadcast features Nicholas prominently by publication of the Taitano Videos and discussing Nicholas' statement about the January 18 incident.

**ANSWER:   CNN's reporting speaks for itself and no further response is required.**

197.   The Fourth Broadcast communicated the false and defamatory gist that Nicholas intentionally lied about the January 18 incident.

**ANSWER:   CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

198.   In its Fourth Broadcast, CNN published or republished the following false and defamatory statements:

(a)   "I do wanna read to you what the Native American gentleman said. He said look, I've read the statement from Nick Sandmann, he said he stared at me for a long time and he didn't apologize and he believes there are intentional falsehoods in his testimony."

(b)   "I have read the statement from Nick Sandmann, the student who stared at me for a long time. He did not apologize, and I believe there are intentional falsehoods in his testimony."

**ANSWER:   CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that**

**Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

199.    On January 21, 2019, CNN published online its fourth false and defamatory article entitled "A new video shows a different side of the encounter between a Native American elder and teens in MAGA hats" (the "Fourth Article"). A true and correct copy of the Fourth Article is attached hereto as *Exhibit J.*

**ANSWER:    CNN admits that it published an article titled "A new video shows a different side of the encounter between a Native American elder and teens in MAGA hats" and that a true and correct copy of the article is attached to the FAC as Exhibit J. CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

200.    The Fourth Article features Nicholas prominently by publication of the Taitano Videos showing Nicholas' face and emphasized Nicholas' alleged involvement, including by placing a photo of Nicholas at the top of the article.

**ANSWER:    CNN's reporting speaks for itself and no further response is required.**

201.    The Fourth Article communicated the false and defamatory gist that Nicholas instigated a confrontation with Phillips and otherwise engaged in racist conduct.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no**

response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

202.    The Fourth Article communicated the false and defamatory gist that Nicholas engaged in racist taunts.

ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

203.    The Fourth Article communicated the false and defamatory gist that Nicholas assaulted Phillips.

ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

204.   The Fourth Article communicated the false and defamatory gists communicated by the Fourth Broadcast.

**ANSWER:   CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

205.   In its Fourth Article, CNN published or republished the following false and defamatory statements:

(a)   The republication of the false statements in the Fourth Broadcast set forth above, including that Nicholas' version of events contains "intentional falsehoods."

(b)   "A video that shows white high school students in Make America Great Again hats and shirts mocking a Native American elder shocked the country, leading to widespread denunciations of the teens' behavior."

(c)   "Phillips has said the teen [Sandmann] blocked his escape."

(d)   "Kaya Taitano, who shot the viral video, said the teens were chanting 'Build the wall' and 'Trump2020.'"

(e)   "The situation was starting to grow calm until Sandmann got in Phillips' face, Taitano said. Phillips kept chanting and beating his drum as other boys circled around, 'mocking him and mocking the chant,' Taitano said."

(f)   "Phillips said the teen blocked his path as he tried to keep moving. 'I was scared,' Phillips told CNN's Sara Sidner. 'I don't like the word 'hate.' I don't like even saying it, but it was hate unbridled. . . .'"

**ANSWER:   CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating**

by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

206.    On January 23, 2019, CNN published online its fifth false and defamatory article entitled "America mocks and dehumanizes natives at every turn" (the "Fifth Article"). A true and correct copy of the Fifth Article is attached hereto as *Exhibit K*.

**ANSWER:    CNN admits that it published an article titled "America mocks and dehumanizes natives at every turn" and that a true and correct copy of the article is attached to the FAC as Exhibit K. CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

207.    The Fifth Article referenced the viral Taitano Videos prominently featuring Nicholas, shows video of the January 18 incident, contains multiple photos of Nicholas' face, linked to other articles containing the Taitano Videos, and emphasized Nicholas' role in the January 18 incident.

**ANSWER:    CNN's reporting speaks for itself and no further response is required.**

208.    The Fifth Article communicated the false and defamatory gist that Nicholas instigated a confrontation with Phillips and otherwise engaged in racist conduct.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21,**

2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

209. The Fifth Article communicated the false and defamatory gist that Nicholas engaged in racist taunts.

**ANSWER:** CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

210. The Fifth Article communicated the false and defamatory gists of the First Broadcast.

**ANSWER:** CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of

its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

211.    In its Fifth Article, CNN published or republished the following false and defamatory statements:

(a)    The republication of the false statements in the Republished First Broadcast set forth above.

(b)    The sub-headline "Native American confronted by teens speaks out"

(c)    "Let's be absolutely clear about something here: Whatever else may have been said about it or our country's reactions to it, the racist disrespect of Nathan Phillips, a Native American elder, by Nick Sandmann and his MAGA-hat clad classmates of Covington Catholic High School at the Lincoln Memorial is nothing new."

(d)    "Indeed, the very form of anti-native ridicule and disrespect of personhood and culture caught on multiple videos that day predates Donald J. Trump and his base by centuries."

(e)    "Just business as usual in America, which is why when Sandmann was filmed smirking at Phillips as his raucous peers whooped and jeered in the background I wasn't surprised at all."

(f)    "It also didn't shock me when the all-boys Catholic school crew went so far as to shout 'build the wall' at a Native American, according to Phillips' account of the event." "And the irony isn't lost on me that white kids – descendants of Europe, presumably – would shout 'build the wall' at a man whose ancestry on this soil is tens of thousands of years old."

(g)    "And that is the only difference here: Sandmann intentionally mocked a native elder for the entertainment of his friends, got caught, and still won't apologize."

(h)    "and that is the only difference here: Sandmann intentionally mocked a native elder for the entertainment of his friends, got caught, and still won't apologize."

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that**

Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

212.    On January 23, 2019, CNN published online its sixth false and defamatory article entitled "Teen in confrontation with Native American Elder says he was trying to defuse the situation" (the "Sixth Article"). A true and correct copy of the Sixth Article is attached hereto as *Exhibit L.*

**ANSWER:    CNN admits that it published an article titled "Teen in confrontation with Native American Elder says he was trying to defuse the situation" and that a true and correct copy of the article is attached to the FAC as Exhibit L. CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

213.    The Sixth Article features Nicholas prominently by publication of the Taitano Videos showing Nicholas' face and emphasized Nicholas' role in the January 18 incident.

**ANSWER:    CNN's reporting speaks for itself and no further response is required.**

214.    The Sixth Article communicated the false and defamatory gist that Nicholas instigated a confrontation with Phillips and otherwise engaged in racist conduct.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no**

response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

215.   The Sixth Article communicated the false and defamatory gist that Nicholas engaged in racist taunts.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

216.   The Sixth Article communicated the false and defamatory gist that Nicholas assaulted Phillips.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

217.    The Sixth Article communicated the false and defamatory gist that Nicholas' behavior violated the fundamental standards of his religious community.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

218.    The Sixth Article communicated the false and defamatory gist that Nicholas' behavior violated the policies of his school such that he should be expelled.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

219.    The Sixth Article communicated the false and defamatory gists of the Fourth Broadcast.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating**

by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

220.   In its Sixth Article, CNN published or republished the following false and defamatory statements:

(a)   The republication of the false statements in the Fourth Broadcast set forth above, including that Nicholas' version of events contains "intentional falsehoods."

(b)   "A crowd of teenagers surrounded a Native American elder and other activists and appeared to mock them after Friday's Indigenous Peoples March at the Lincoln Memorial."

(c)   "Nathan Phillips, an elder with the Omaha Tribe, said the confrontation felt like 'hate unbridled.' In the moment, he said he was scared for his safety and the safety of those with him."

(d)   "Kaya Taitano, a student at the University of the District of Columbia, participated in the Indigenous Peoples March earlier in the day. She said the teens were chanting things like 'Build the wall' and 'Trump2020.' ... 'I did not feel safe in that circle,' she said."

(e)   "... Taitano said things were starting to calm down until he got to the grinning boy seen in the video. 'This one kid just refused to move and he just got in Nathan's face,' she said. Other boys circled around, she said. 'They just surrounded him and they were mocking him and mocking the chant.'"

(f)   "'I was scared, I was worried for my young friends. I don't want to cause harm to anyone,' Phillips told CNN's Sara Sidner. 'I don't like the word 'hate.' I don't even like saying it, but it was hate unbridled. . . .'"

(g)   "'What the young man was doing was blocking my escape. I wanted to leave. I was thinking, 'How do I get myself out of this? I want to get away from it,' Phillips said."

(h)   "'We condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general, Jan. 18, after the March for Life, in Washington, D.C. We extend our deepest apologies to Mr. Phillips. This behavior is opposed to the Church's teachings on the dignity and respect of the human person. The matter is being investigated and we will take appropriate action, up to and including expulsion. . . . "

(i)     Video of Phillips saying "I heard them saying, 'Build that wall, build that wall.'"

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

221.    On January 23, 2019, CNN published online its seventh false and defamatory article entitled "Viral video sparks outrage" (the "Seventh Article"). A true and correct copy of the Seventh Article is attached hereto as *Exhibit M*.

**ANSWER:     CNN admits that it published an article titled "Viral video sparks outrage" and that a true and correct copy of the article is attached to the FAC as Exhibit M. CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

222.    The Seventh Article features Nicholas prominently by publication of the Taitano Videos showing Nicholas' face and emphasized Nicholas' role in the January 18 incident.

**ANSWER:      CNN's reporting speaks for itself and no further response is required.**

223.    The Seventh Article communicated the false and defamatory gist of the Fourth Broadcast.

**ANSWER:      CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

224.    In its Seventh Article, CNN published or republished the false statements in the Fourth Broadcast set forth above, including that Nicholas' version of events contains "intentional falsehoods."

**ANSWER:      CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

225.    On January 24, 2019, CNN published online its eighth false and defamatory article entitled "Native American elder from viral staredown [sic] says teen's response is coached, insincere" (the "Eighth Article"). A true and correct copy of the Eighth Article is attached hereto as *Exhibit N.*

**ANSWER:    CNN admits that it published an article titled "Native American elder from viral staredown says teen's response is coached, insincere" and that a true and correct copy of the article is attached to the FAC as Exhibit N. CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

226.    The Eighth Article features Nicholas prominently by publication of the Taitano Videos showing Nicholas' face, linked to other video reports showing Nicholas, and emphasized Nicholas' role in the January 18 incident.

**ANSWER:    CNN's reporting speaks for itself and no further response is required.**

227.    The Eighth Article communicated the false and defamatory gist that Nicholas instigated a confrontation with Phillips and otherwise engaged in racist conduct.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

228.    The Eighth Article communicated the false and defamatory gist that Nicholas engaged in racist taunts.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

229.    The Eighth Article communicated the false and defamatory gist that Nicholas assaulted Phillips.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

230.    The Eighth Article communicated the false and defamatory gists of the First and Fourth Broadcast.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that**

**Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

231.    In its Eighth Article, CNN published or republished the following false and defamatory statements:

(a)    The republication of the false statements in the Republished First Broadcast set forth above.

(b)    The republication of the false statements in the Fourth Broadcast set forth above, including that Nicholas' version of events contains "intentional falsehoods."

(c)    "Omaha Nation elder Nathan Phillips says he thinks Nick Sandmann, the Catholic school teen with whom he faced off last week in Washington, is skirting accountability and needs to apologize for his actions."

(d)    "Phillips said the students surrounded him, and Sandmann blocked his path to the Lincoln Memorial steps. He heard some students chant, 'Build the wall,' he said."

(e)    "'When I put myself in prayer and used that drum to reach God, that mass of young men surrounded me and the folks that were with me,' he said."

(f)    Asked if he should have walked away, Phillips said he tried but couldn't. 'I was blocked,' he said."

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

232.    On January 25, 2019, CNN published online its ninth false and defamatory article entitled "Kentucky Catholic diocese apologizes for condemning students in viral video with Native

American elder" (the "Ninth Article"). A true and correct copy of the Ninth Article is attached hereto as *Exhibit O*.

**ANSWER:     CNN admits that it published an article titled "Kentucky Catholic diocese apologizes for condemning students in viral video with Native American elder" and that a true and correct copy of the article is attached to the FAC as Exhibit O. CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

233.     The Ninth Article features Nicholas prominently by publication of the Taitano Videos showing Nicholas' face and emphasized Nicholas' role in the January 18 incident.

**ANSWER:     CNN's reporting speaks for itself and no further response is required.**

234.     The Ninth Article communicated the false and defamatory gist that Nicholas instigated a confrontation with Phillips and otherwise engaged in racist conduct.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

235.    The Ninth Article communicated the false and defamatory gist that Nicholas engaged in racist taunts.

**ANSWER:    CNN's reporting speaks for itself and no further response is required.  CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

236.    The Ninth Article communicated the false and defamatory gist that Nicholas assaulted Phillips.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

237.    The Ninth Article communicated the false and defamatory gists of the First Broadcast.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating**

by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.

238.    The Ninth Article communicated the false and defamatory gists of the Fourth Broadcast.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

239.    In its Ninth Article, CNN published or republished the following false and defamatory statements:

(a)    The republication of the false statements in the Republished First Broadcast set forth above.

(b)    The republication of the false statements in the Fourth Broadcast set forth above, including that Nicholas' version of events contains "intentional falsehoods."

(c)    "Phillips, on the other hand, told CNN this week he felt hatred coming from the young people in the crowd. When asked about Nick standing in front of him, Phillips told CNN he was trying to retreat and the only way he could do so was to go forward. 'When I started going forward and that mass of groups of people started separating and moving aside to allow me to move out of the way or to proceed, this young fellow put himself in front of me and wouldn't move,' Phillips said."

(d)    "[Phillips] felt like he was being mocked . . . ."

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

240.    The First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, and Ninth Articles are collectively referred to herein as the "Articles."

**ANSWER:    CNN avers that no response to Paragraph 240 of the FAC is required.**

241.    On January 19, 2019, CNN also posted on its Twitter page for its show S.E. Cupp Unfiltered and published to approximately 14,000 followers its Second Broadcast ("First Tweet") with the following false and defamatory caption: "Teens in MAGA gear mock a Native American Vietnam vet, and @secupp wishes she could tell them there's no place for this in our society. 'Unfortunately, that's wrong. Adults model this very behavior all the time – on social media and on the street. And it's awful.'" A true and correct copy of the First Tweet is attached hereto as *Exhibit P*.

**ANSWER:    CNN admits that it posted on its Twitter page @UnfilteredSE the tweet attached to the FAC as Exhibit P. The tweet speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

242.     In addition to the false and defamatory gists of the Second Broadcast, the First Tweet also independently communicated the false and defamatory gists that Nicholas engaged in racist conduct and racist taunts.

**ANSWER:     CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

243.     On January 19, 2019, CNN also posted on its Twitter page and published to approximately 41 million followers its First Article ("Second Tweet") with the following false and defamatory caption: "Video shows a crowd of teenagers wearing 'Make America Great Again' hats taunting a Native American elder after Friday's Indigenous Peoples March at the Lincoln Memorial cnn.it/2FM8De6." A true and correct copy of the Second Tweet is attached hereto as *Exhibit Q.*

**ANSWER:     CNN admits that it posted on its Twitter page @CNN the tweet attached to the FAC as Exhibit Q. The tweet speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

244.     On January 20, 2019, CNN also posted on its Twitter page and published to approximately 41 million followers its Sixth Article ("Third Tweet") with the following false and

defamatory caption: "Video shows a crowd of teenagers wearing 'Make America Great Again' hats taunting a Native American elder after Friday's Indigenous Peoples March at the Lincoln Memorial https://CNN.it/2FRKItZ." A true and correct copy of the Third Tweet is attached hereto as *Exhibit R*.

**ANSWER:    CNN admits that it posted on its Twitter page @CNN the tweet attached to the FAC as Exhibit R. The tweet speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

245.   In addition to the false and defamatory gists of the First Article, the Second Tweet also independently communicated the false and defamatory gist that Nicholas engaged in racist conduct and racist taunts.

**ANSWER:    CNN's reporting speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

246.   On January 21, 2019, CNN also posted on its Twitter page and published to approximately 41 million followers its Third Article ("Fourth Tweet"), thereby communicating the false and defamatory gists of the Third Article. A true and correct copy of the Fourth Tweet is attached hereto as *Exhibit S*.

**ANSWER:    CNN admits that it posted on its Twitter page @CNN the tweet attached to the FAC as Exhibit S. The tweet speaks for itself and no further response is required. CNN avers that, pursuant to the Court's October 30, 2019 Order in this case and its November 21, 2019 Order in *Sandmann v. NBCUniversal Media, LLC*, 2:19-cv-00056, both incorporating by reference its October 28, 2019 Order in *Sandmann v. WP Co. LLC*, No. 2:19-cv-00019, no response is required regarding any challenged statements other than those reporting that Plaintiff blocked Nathan Phillips or prevented him from retreating. CNN denies that any of its news reports about what occurred on the National Mall on January 18, 2019, were false and defamatory.**

247.    These four tweets are collectively referred to herein as the "Tweets."

**ANSWER:    CNN avers that no response to Paragraph 247 of the FAC is required.**

248.    The Tweets, Broadcasts, and Articles are collectively referred to herein as the "False and Defamatory Accusations."

**ANSWER:    CNN avers that no response to Paragraph 248 of the FAC is required but denies that any of its news reports were false and defamatory.**

249.    As the natural and foreseeable consequence of its actions, CNN knew and intended that its False and Defamatory Accusations would be republished by others, including media outlets and others on social media.

**ANSWER:    CNN avers that Paragraph 249 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 249 of the FAC.**

## NICHOLAS IS A PRIVATE FIGURE

250.    Nicholas is a private figure for the purposes of this defamation action, having lived his entire life outside of the public eye.

**ANSWER:    CNN avers that Paragraph 250 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 250 of the FAC.**

251.    Prior to the January 18 incident, Nicholas had no notoriety of any kind in the community at large.

**ANSWER:    CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 251 of the FAC and, on this basis, denies them.**

252.    Nicholas did not engage the public's attention to resolve any public issue that could impact the community at large.

**ANSWER:    CNN avers that Paragraph 252 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 252 of the FAC.**

253.    Nicholas made no public appearances prior to the false accusations against him.

**ANSWER:    CNN denies the allegations contained in Paragraph 253 of the FAC.**

254.    Nicholas has not inserted himself into the forefront of any public issue.

**ANSWER:    CNN avers that Paragraph 254 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 254 of the FAC.**

255.    Nicholas' limited public statements after the accusations against him were reasonable, proportionate, and in direct response to the false accusations against him and do not render Nicholas a limited purpose public figure.

**ANSWER:    CNN avers that Paragraph 255 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 255 of the FAC.**

## CNN PUBLISHED NEGLIGENTLY AND MALICIOUSLY

256.    CNN published its False and Defamatory Accusations negligently and with actual knowledge of falsity or a reckless disregard for the truth.

**ANSWER:    CNN denies the allegations contained in Paragraph 256 of the FAC.**

257.    As one of the world's leading news outlets, CNN knew but ignored the importance of verifying damaging and, in this case, incendiary accusations against a minor child prior to publication.

**ANSWER:    CNN denies the allegations contained in Paragraph 257 of the FAC.**

258.    Instead, CNN recklessly rushed to publish its False and Defamatory Accusations in order to advance its own political agenda against President Trump.

**ANSWER:    CNN denies the allegations contained in Paragraph 258 of the FAC.**

259.    In doing so, CNN lifted the incident from social media and placed it in the mainstream media, giving its False and Defamatory Accusations credibility and permanence.

**ANSWER:    CNN's reporting speaks for itself and no further response is required.**

260.    CNN negligently published its False and Defamatory Accusations by departing from the reasonable standard of care employed by journalists, including those standards articulated by the Society of Professional Journalists' Code of Ethics.

**ANSWER:    CNN denies the allegations contained in Paragraph 260 of the FAC.**

261.    CNN's collective conduct demonstrates a purposeful avoidance of the truth and the publication of the False and Defamatory Accusations with actual knowledge of falsity following its review of the complete video evidence and Nicholas' statement no later than January 20.

**ANSWER:    CNN denies the allegations contained in Paragraph 261 of the FAC.**

262.    CNN negligently and recklessly published its False and Defamatory Accusations by failing to conduct a reasonable investigation prior to publication.

**ANSWER:    CNN denies the allegations contained in Paragraph 262 of the FAC.**

263.    CNN's duty to investigate is heightened where, as here, the January 18 incident was not breaking news and involved a minor child.

**ANSWER:    CNN avers that Paragraph 263 of the FAC states a legal conclusion to which no response is required.  To the extent a response is deemed to be required, CNN denies the allegations contained in Paragraph 263 of the FAC.**

264.     CNN negligently and recklessly published its False and Defamatory Accusations by relying on unreliable and biased sources with questionable credibility.

**ANSWER:     CNN denies the allegations contained in Paragraph 264 of the FAC.**

265.     CNN negligently and recklessly published its False and Defamatory Accusations by failing to conduct a reasonable investigation, including by relying on unreliable sources for its publications.

**ANSWER:     CNN denies the allegations contained in Paragraph 265 of the FAC.**

266.     Indeed, CNN only interviewed Phillips and another participant in the Indigenous People March, both of whom had biased pre-dispositions.

**ANSWER:     CNN's reporting speaks for itself and no further response is required.**

267.     Phillips is wholly unreliable and lacks credibility as shown in part by his false claim to have served in Vietnam while a member of the military, his status as a professional activist with a known bias against President Trump and his supporters, his documented history of making similar false accusations, his use of the January 18 incident to promote his own political and personal agenda, the contradictions in his story established in his interviews, and the video evidence that totally refutes his story.

**ANSWER:     CNN denies the allegations contained in Paragraph 267 of the FAC.**

268.     CNN had obvious reasons to doubt the veracity of its purported firsthand sources such as Phillips and Taitano, including because they are manifestly biased and because the short video evidence on which CNN relied did not show Nicholas or the students uttering the chants or slurs they were accused of making or blocking Phillips' egress.

**ANSWER:     CNN denies the allegations contained in Paragraph 268 of the FAC.**

269.     CNN published its False and Defamatory Accusations in reliance upon those it knew to have political and personal biases, including Deb Haaland who is a politician with a demonstrable bias against President Trump.

**ANSWER:     CNN denies the allegations contained in Paragraph 269 of the FAC.**

270.     CNN consciously elected to ignore this contrary information in favor of its pre-conceived false narrative against President Trump and his supporters.

**ANSWER:     CNN denies the allegations contained in Paragraph 270 of the FAC.**

271.     CNN negligently and recklessly failed to consult publicly available information demonstrating its False and Defamatory Accusations to be false, including, without limitation, other video evidence available online demonstrating that Phillips specifically approached the

students and specifically confronted Nicholas, and that Nicholas did not engage in surrounding, mocking, taunting, blocking, or otherwise physically intimidating Phillips or anyone else present.

**ANSWER:    CNN denies the allegations contained in Paragraph 271 of the FAC.**

272.    Not only was CNN aware that the snippets of video it reviewed did not support its False and Defamatory Accusations, but CNN was also aware that the video it reviewed was woefully incomplete but published its accusations against Nicholas nonetheless without any further investigation.

**ANSWER:    CNN denies the allegations contained in Paragraph 272 of the FAC.**

273.    In fact, upon information and belief, prior to publishing any of its False and Defamatory Accusations, CNN knew that the Black Hebrew Israelites had hurled slurs and taunts at the students, who responded with school cheers, and that Phillips had confronted Nicholas and his classmates. But CNN wholly omitted and otherwise contradicted this information.

**ANSWER:    CNN denies the allegations contained in Paragraph 273 of the FAC**

274.    CNN continued to publish its False and Defamatory Accusations with actual knowledge of falsity, having reviewed video evidence and statements of Nicholas Sandmann contradicting its False and Defamatory Accusations.

**ANSWER:    CNN denies the allegations contained in Paragraph 274 of the FAC.**

275.    CNN negligently and recklessly failed to seek information from other obvious sources who were present at the January 18 incident and would have demonstrated its False and Defamatory Accusations to be false, including Nicholas, and upon information and belief, his classmates, and/or the chaperones (who were only consulted for stories beginning on January 21).

**ANSWER:    CNN denies the allegations contained in Paragraph 275 of the FAC.**

276.    CNN negligently and recklessly published its False and Defamatory Accusations despite internal inconsistencies in Phillips' statements, as well as material differences in his statements to other outlets published January 19 and 20.

**ANSWER:    CNN denies the allegations contained in Paragraph 276 of the FAC.**

277.    CNN negligently and recklessly published its False and Defamatory Accusations in derogation of accepted principles of journalistic ethics, including by failing to use heightened sensitivity when dealing with juveniles.

**ANSWER:    CNN denies the allegations contained in Paragraph 277 of the FAC.**

278.    CNN negligently and recklessly published its False and Defamatory Accusations in derogation of accepted principles of journalistic ethics, including by failing to verify each before publication.

**ANSWER:      CNN denies the allegations contained in Paragraph 278 of the FAC.**

279.    CNN negligently and recklessly published its False and Defamatory Accusations in derogation of accepted principles of journalistic ethics, including by failing to take special care not to misrepresent or oversimplify its coverage, and by failing to provide any appropriate context to its False and Defamatory Accusations.

**ANSWER:      CNN denies the allegations contained in Paragraph 279 of the FAC.**

280.    CNN negligently and recklessly published its False and Defamatory Accusations in derogation of accepted principles of journalistic ethics, including by failing to avoid stereotyping.

**ANSWER:      CNN denies the allegations contained in Paragraph 280 of the FAC.**

281.    CNN negligently and recklessly published its False and Defamatory Accusations in derogation of accepted principles of journalistic ethics, including by failing to examine the way in which its own biases and agenda shaped its false reporting.

**ANSWER:      CNN denies the allegations contained in Paragraph 281 of the FAC.**

282.    CNN negligently and recklessly published its False and Defamatory Accusations in derogation of accepted principles of journalistic ethics, including by failing to treat Nicholas as a human being deserving of respect.

**ANSWER:      CNN denies the allegations contained in Paragraph 282 of the FAC.**

283.    CNN negligently and recklessly published its False and Defamatory Accusations in derogation of accepted principles of journalistic ethics, including by wrongfully placing the anti-Trump, anti-Catholic, and anti-pro-life agenda over the harm its False and Defamatory Accusations caused to Nicholas.

**ANSWER:      CNN denies the allegations contained in Paragraph 283 of the FAC.**

284.    Upon information and belief, at the time of its initial reporting of and concerning Nicholas, CNN did not know Nicholas' age and did not make any reasonable attempt to ascertain it despite the general knowledge that Nicholas was a high school student and thus a minor.

**ANSWER:      CNN denies the allegations contained in Paragraph 284 of the FAC.**

285.    Nicholas' counsel propounded written demand for retraction of the False and Defamatory Accusations upon CNN on February 16, 2019 and supplemented that demand for retraction on February 19, 2019.

**ANSWER:     CNN admits that it received retraction demands from Plaintiff's counsel on February 16 and 19, 2019.  CNN's reporting speaks for itself and no further response is required.**

286.    CNN's actual malice is further evidenced by its failure to retract is False and Defamatory Accusations.

**ANSWER:     CNN denies the allegations contained in Paragraph 286 of the FAC.**

287.    CNN published its False and Defamatory Accusations with common law malice, including because it intended to harm Nicholas because he was a Catholic boy wearing a MAGA hat, and consciously ignored the threats of harm that it knew would inevitably ensue, in favor of its political agenda.

**ANSWER:     CNN denies the allegations contained in Paragraph 287 of the FAC.**

288.    CNN published its False and Defamatory Accusations with common law malice, demonstrated by its failure to retract its False and Defamatory Accusations despite the harm and danger it knew would be inflicted upon Nicholas.

**ANSWER:     CNN denies the allegations contained in Paragraph 288 of the FAC.**

289.    CNN published its False and Defamatory Accusations with common law malice, including because it callously ignored the consequences of its actions upon a minor child.

**ANSWER:     CNN denies the allegations contained in Paragraph 289 of the FAC.**

290.    CNN's common law malice is further evidenced by its failure to reprimand. Bakari Sellers for his cyber-assault of Nicholas on Twitter.

**ANSWER:     CNN denies the allegations contained in Paragraph 290 of the FAC.**

## DAMAGES

291.    The publication of the False and Defamatory Accusations directly and proximately caused substantial and permanent damage to Nicholas.

**ANSWER:     CNN denies the allegations contained in Paragraph 291 of the FAC.**

292.    The False and Defamatory Accusations were republished by third-parties and members of the mainstream and social media mob, which was reasonably foreseeable.

**ANSWER:     CNN denies the allegations contained in Paragraph 292 of the FAC.**

293.    The False and Defamatory Accusations against Nicholas are defamatory per se, as they are libelous on their face without resort to additional facts, and as clearly demonstrated here, Nicholas was subjected to public hatred, contempt, scorn, obloquy, and shame.

**ANSWER:    CNN denies the allegations contained in Paragraph 293 of the FAC.**

294.    As a direct and proximate result of the False and Defamatory Accusations, Nicholas suffered permanent harm to his reputation.

**ANSWER:    CNN denies the allegations contained in Paragraph 294 of the FAC.**

295.    As a direct and proximate result of the False and Defamatory Accusations Nicholas suffered severe emotional and mental distress.

**ANSWER:    CNN denies the allegations contained in Paragraph 295 of the FAC.**

296.    As a direct and proximate result of the False and Defamatory Accusations, Nicholas sought and received medical treatment for emotional and mental distress at Cincinnati Children's Hospital and incurred Four Hundred Thirty Eight Dollars ($438.00) in out-of-pocket expenses. As a further result of Plaintiff's emotional and mental suffering, Plaintiff anticipates he shall continue to suffer additional special damages related to his medical care in the future.

**ANSWER:    CNN is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 296 of the FAC regarding medical treatment Plaintiff has sought and, on this basis, denies them. CNN denies that Plaintiff sought this treatment "[a]s a direct and proximate result" of CNN's news reports and denies all other allegations in paragraph 296 of the FAC.**

297.    As a direct and proximate result of the False and Defamatory Accusations Nicholas is forced to live his life in a constant state of concern over his safety and the safety of his family.

**ANSWER:    CNN denies the allegations contained in Paragraph 297 of the FAC.**

298.    CNN published its False and Defamatory Accusations with actual malice and common law malice, thereby entitling Nicholas to an award of punitive damages.

**ANSWER:    CNN denies the allegations contained in Paragraph 298 of the FAC.**

299.    CNN's conduct was outrageous and willful, demonstrating that entire want of care that raises a conscious indifference to consequences.

**ANSWER:    CNN denies the allegations contained in Paragraph 299 of the FAC.**

300.    Nicholas is entitled to an award of punitive damages to punish CNN and to deter it from repeating such egregiously unlawful misconduct in the future.

**ANSWER:      CNN denies the allegations contained in Paragraph 300 of the FAC.**

## PRAYER FOR RELIEF

CNN denies that Plaintiff is entitled to any of the relief enumerated in the WHEREFORE clause.  CNN respectfully requests that the Court enter judgment on its behalf and award to CNN such other and further relief as the Court deems just.

## AFFIRMATIVE DEFENSES

Without assuming any burden of proof that it would not otherwise bear, the CNN asserts the following defenses, all of which are pleaded in the alternative:

### FIRST DEFENSE

The FAC fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The challenged statements are not "of and concerning" the Plaintiff.

### THIRD DEFENSE

Any allegedly defamatory statement of and concerning Plaintiff is true or substantially true, and Plaintiff cannot carry his burden of proving that they are materially false.

### FOURTH DEFENSE

The challenged statements are not defamatory or defamatory *per se*.

### FIFTH DEFENSE

Some or all of the challenged statements are not reasonably capable of the defamatory meaning attributed to them by Plaintiff.

### SIXTH DEFENSE

Some or all of the challenged statements are nonactionable under the First Amendment and

Kentucky law because they are pure opinions.

### SEVENTH DEFENSE

Some or all of the challenged statements are nonactionable under the First Amendment and Kentucky law because they are opinions or conclusions based upon disclosed facts.

### EIGHTH DEFENSE

The challenged statements are protected by and privileged under the doctrine of neutral reportage.

### NINTH DEFENSE

CNN acted without malice, in both the constitutional sense and the common law sense, and without the requisite scienter, in both the constitutional sense and the common law sense, in all of its conduct relating to the challenged statements.

### TENTH DEFENSE

CNN acted without fault as required by the U.S. Constitution in all of its conduct relating to the statements at issue."

### ELEVENTH DEFENSE

CNN did not intend to convey the implications alleged.

### TWELFTH DEFENSE

Plaintiff cannot recover damages because, at the time the allegedly defamatory statements were made, his reputation had already been irreparably damaged as a result of his own behavior.

### THIRTEENTH DEFENSE

CNN did not proximately cause any injury that Plaintiff allegedly suffered.

### FOURTEENTH DEFENSE

Plaintiff's alleged damages, if any, are the result of his own conduct or the conduct of

others beyond CNN's control and for whom CNN is not legally responsible.

## FIFTEENTH DEFENSE

To the extent Plaintiff has been harmed, his claim for damages is barred by the doctrine of assumption of risk.

## SIXTEENTH DEFENSE

Plaintiff has failed to mitigate his damages as required by law.

## SEVENTEENTH DEFENSE

Plaintiff has not adequately alleged, and did not suffer, special damages.

## EIGHTEENTH DEFENSE

The challenged statements are protected by and privileged under the First Amendment to the U.S. Constitution.

## NINETEENTH DEFENSE

The challenged statements are protected by and privileged under Section 1 of the Kentucky Constitution's Bill of Rights.

## TWENTIETH DEFENSE

By reason of the First and Fourteenth Amendments, CNN is immune from liability for punitive or exemplary damages under the circumstances alleged in the FAC.

## TWENTY- FIRST DEFENSE

Plaintiff's claim for punitive damages is barred by Ky. Rev. Stat. §§ 411.051 and 411.184(1)(f).

## TWENTY- SECOND DEFENSE

Plaintiff is barred from recovery, in whole or in part, by the doctrine of incremental harm.

## TWENTY-THIRD DEFENSE

Plaintiffs Ted and Julie Sandmann are not real parties in interest and lack both standing and a cause of action to institute or maintain this action other than on behalf of their son, Nicholas Sandmann.  Ted and Julie Sandmann will cease to have any interest in this case whatsoever if Nicholas Sandmann reaches the age of majority during the pendency of this litigation.

\*       \*       \*

CNN reserves the right to assert any and all additional defenses as may become known during the course of discovery and hereby specifically reserves the right to amend its Answer to allege such defenses at such time as they become known.

Respectfully submitted,

*/s/ James E. Burke*
James E. Burke (*pro hac vice*)
Sarah V. Geiger (KBA No. 96173)
Amanda B. Stubblefield (KBA No. 96213)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 579-6400
Fax: (513) 579-6457
jburke@kmklaw.com
sgeiger@kmklaw.com
astubblefield@kmklaw.com

and

Charles D. Tobin (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Defendant Cable News Network, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2019, I electronically filed the foregoing Answer and Affirmative Defenses via the CM/ECF system, which will send notice of filing to all parties of record.

*/s/ James E. Burke*           
James E. Burke
