UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN**<br><br>Plaintiff,<br><br>-v-<br><br>**CABLE NEWS NETWORK, INC.,**<br><br>Defendant. | Civil Action No. 19-31-WOB-CJS<br><br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

Plaintiff Nicholas Sandmann, by and through his parents and natural guardians, Ted Sandmann and Julie Sandmann ("Plaintiff") and Defendant Cable News Network, Inc. ("CNN"), by counsel, hereby file this Joint Motion for Extension of Time.

In accordance with the Court's January 8, 2020 Minute Entry Order (Doc. # 54), which ordered Plaintiff and CNN to file a joint status report, on or before January 21, 2020, advising the Court of how they propose to finalize their settlement and any necessary approval they will need to seek from any court, Plaintiff and CNN have conferred on these issues. Because the issues to be addressed in the joint status report are substantial and complex, Plaintiff and CNN respectfully request an additional 14 days, up to and including February 4, 2020, to file their joint status report.

Respectfully submitted,

| | |
|---|---|
| */s/ James E. Burke*<br>James E. Burke (*pro hac vice*)<br>Sarah V. Geiger (KBA No. 96173)<br>Amanda B. Stubblefield (KBA No. 96213)<br>KEATING MUETHING & KLEKAMP PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH  45202<br>Telephone: 513.579.6400<br>Fax: 513.579.6457<br>jburke@kmklaw.com<br>sgeiger@kmklaw.com<br>astubblefield@kmklaw.com | */s/ Todd V. McMurtry* (*with permission*)<br>Todd V. McMurtry<br>Kyle M. Winslow<br>HEMMER DEFRANK WESSELS PLLC<br>250 Grandview Drive, Suite 500<br>Ft. Mitchell, KY  41014<br>Telephone: 859-344-1188<br>Fax: 859-578-3869<br>tmcmurtry@hemmerlaw.com<br>kwinslow@hemmerlaw.com<br><br>and |

1

and

Charles D. Tobin (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: 202.661.2200
Fax: 202.661.2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

Leita Walker (*pro hac vice*)
BALLARD SPAHR LLP
2000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.371.6222
Fax: 612.371.3207
walkerl@ballardspahr.com

*Attorneys for Defendant*

L. Lin Wood (*pro hac vice*)
lwood@linwoodlaw.com
G. Taylor Wilson (*pro hac vice*)
twilson@linwoodlaw.com
Jonathan D. Grunberg (*pro hac vice*)
jgrunberg@linwoodlaw.com

1800 W. Peachtree Street, Suite 2040
Atlanta, GA 30309
Telephone: 404-891-1402
Fax: 404-506-9111

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I electronically filed the foregoing Joint Motion for Extension of Time via the CM/ECF system, which will send notice of filing to all parties of record.

*/s/ James E. Burke*
James E. Burke

9714946.1