Eastern District of Kentucky
**F I L E D**

**JAN 15 2020**

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN<br><br>Plaintiff,<br><br>-v-<br><br>CABLE NEWS NETWORK, INC.,<br><br>Defendant. | Civil Action No. 19-31-WOB-CJS<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT |

Plaintiff Nicholas Sandmann, by and through his parents and natural guardians, Ted Sandmann and Julie Sandmann ("Plaintiff") and Defendant Cable News Network, Inc. ("CNN"), having filed a Joint Motion for Extension of Time to File Joint Status Report, and the Court having reviewed the Joint Motion and being otherwise sufficiently advised,

**IT IS ORDERED** that:

(1) The Joint Motion for Extension of Time to File Joint Status Report [56] be, and hereby is, **GRANTED**; and

(2) **On or before Tuesday, February 4, 2020**, Plaintiff and CNN shall file a joint status report advising the Court of how they propose to finalize their settlement and, given that Plaintiff is a minor, what approval they will need to seek from this and any other Court.

This 15th day of January, 2020.



Signed By: W.O.B.
William O. Bertelsman
United States District Judge

WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE

1