UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>Plaintiffs,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>Defendant. | CASE NO. 2:19-CV-31-WOB-CJS<br><br>JUDGE WILLIAM O. BERTELSMAN<br><br>JOINT STATUS REPORT |

Pursuant to the Court's January 8, 2020 Order [Doc. 54], Plaintiff Nicholas Sandmann and Defendant Cable News Network, Inc., by and through their counsel of record, respectfully submit this Joint Status Report advising the Court of how they propose to finalize their settlement and the legal process required under Kentucky law to do so.

1. Since the parties' Rule 26 scheduling conference on January 7, 2020, the parties have confirmed the process required to consummate a minor settlement, explored alternatives, and exchanged draft settlement agreements.

2. The parties have ultimately determined that Plaintiff must seek the appointment of a conservator, who will be authorized to execute a release on Plaintiff's behalf only upon receiving approval of the settlement from this Court. As set forth herein, the parties are working, and will continue to work, together to complete this process.

3. With the cooperation of Defendant, Plaintiff – through his natural guardians Ted and Julie Sandmann – shall petition the Kenton County District Court for the appointment of a conservator to manage his financial affairs pending his eighteenth birthday in July 2020. *See* KRS

387.025(2) ("Any interested person or entity may petition the District Court for appointment of a conservator for a minor … who needs a conservator to settle or compromise claims."); KRS § 387.020(1) ("District Courts shall have exclusive jurisdiction for the appointment and removal of guardians, limited guardians, and conservators for minors, and for the management and settlement of their accounts."); KRS § 387.020(2) ("If the minor is a resident of the Commonwealth of Kentucky, venue for all proceedings under KRS 387.010 and 387.020 shall be: … (b) in the county where the minor resides."). Because Plaintiff is more than fourteen years old, he will receive notice of the petition and will otherwise be involved in the proceedings, including by nominating his conservator. *See* KRS §§ 387.025(5), 387.050.

4. Upon the appointment of a conservator, the conservator will be authorized to execute a release to consummate a court-approved settlement. *See* KRS § 387.125; KRS § 387.137.

5. Working cooperatively with Defendant, Plaintiff shall file the petition for the appointment of Julie Sandmann as Plaintiff's conservator on or before February 17, 2020. Within seven days of the appointment of Mrs. Sandmann or another conservator, the parties will jointly report to this Court on the process by which the parties will seek final approval of the settlement agreement.

Respectfully submitted this 4th day of February, 2020.

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ *Todd V. McMurtry* | /s/ *James E. Burke* |
| Todd V. McMurtry (82101) | James E. Burke (*pro hac vice*) |
| Kyle M. Winslow (95343) | Sarah V. Geiger |
| Hemmer DeFrank Wessels PLLC | Amanda B. Stubblefield |
| 250 Grandview Drive | Keating Muething & Klekamp PLL |
| Suite 500 | One East Fourth Street, Suite 1400 |
| Ft. Mitchell, KY 41017 | Cincinati, OH 45202 |
| Phone: (859) 344-1188 | Telephone: 513.579.6400 |

2

| | |
|---|---|
| Fax: (859) 578-3869<br>Email: tmcmurtry@hemmerlaw.com | Fax: 513.579.6457<br>jburke@kmklaw.com<br>sgeiger@kmklaw.com<br>astubblefield@kmklaw.com |
| L. Lin Wood (*pro hac vice*)<br>Nicole Jennings Wade (*pro hac vice*)<br>Jonathan D. Grunberg (*pro hac vice*)<br>G. Taylor Wilson (*pro hac vice*)<br>L. LIN WOOD, P.C.<br>1180 W. Peachtree St., Ste. 2040<br>Atlanta, GA 30309<br>Phone: (404) 891-1402<br>Fax: (404) 506-9111<br>Email: lwood@linwoodlaw.com | Charles D. Tobin (*pro hac vice*)<br>Maxwell S. Mishkin (*pro hac vice*)<br>BALLARD SPAHR LLP<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006<br>Telephone: (202) 661-2200<br>Fax: (202) 661-2299<br>tobinc@ballardspahr.com<br>mishkinm@ballardspahr.com |
| | Leita Walker (*pro hac vice* pending)<br>BALLARD SPAHR LLP<br>2000 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402-2274<br>Telephone: (612) 371-6222<br>Fax: (612) 3713207<br>walkerl@ballardspahr.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ *Todd V. McMurtry*
Plaintiff's Counsel