UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>Defendant. | CASE NO. 2:19-CV-31-WOB-CJS<br><br>JUDGE WILLIAM O. BERTELSMAN<br><br>ADDITIONAL JOINT STATUS REPORT |

Pursuant to the Court's April 8, 2020 Order [Doc. 64], Plaintiff Nicholas Sandmann ("Nicholas") and Defendant Cable News Network, Inc. ("CNN") (collectively, the "Parties"), by and through their counsel of record, respectfully submit this Additional Joint Status Report advising the Court of the status of their efforts to have a conservator appointed for Nicholas as part of the settlement process.

1. The parties filed their original Joint Status Report on February 4, 2020 [Doc. 60] (the "Original Status Report"), which set forth the procedure that Nicholas would undertake to have a conservator appointed to consummate the settlement between the parties. *See* Original Status Report at ¶¶ 3-5.

2. Pursuant to the Original Status Report, Nicholas' mother, Julie Sandmann, filed a petition and application for appointment of conservator for Nicholas on February 14, 2020 in the Kenton County District Court, creating the matter styled *In re Guardianship of Sandmann, Nicholas*, Case No. 20-P-00130 (filed Feb. 14, 2020). The original conservatorship hearing date was scheduled for March 16, 2020 at 2:30 PM.

3. On March 13, 2020, in light of the international COVID-19 pandemic, the Kenton District Court entered a General Order (attached as *Exhibit A*) cancelling all probate dockets through April 10, 2020 ("General Order"). *See* General Order at ¶ 15. As a result, Nicholas' March 16, 2020 conservatorship hearing date was cancelled. Nicholas' counsel rescheduled the conservatorship hearing for April 13, 2020 at 2:30 PM.

4. On or about April 2, 2020, in light of the potential for prolonged delays caused by the COVID-19 pandemic, Judge Douglas Grothaus for the Kenton District Court informed Nicholas' counsel that the conservatorship hearing could be held via remote videoconferening techonology. The hearing was held via Zoom videoconferencing techonology on April 15, 2020 at 11:30 AM before Judge Grothaus and was attended by the Sandmann family and counsel for both Parties. Thereafter, Judge Grothaus entered an order appointing Julie Sandmann as conservator for Nicholas (attached as *Exhibit B*).

5. At this juncture, however, as a result of the delays caused by COVID-19, with Nicholas' eighteenth (18th) birthday just three months away in July 2020, and in light of the parties' joint desire the ensure the confidentiality of the settlement, the parties desire to await to consummate the settlement until Nicholas' birthday.

6. The parties therefore jointly request that the Court stay further proceedings in this matter until July 31, 2020, to permit them to finalize their settlement, which will eliminate the need for a conservator during the settlement process. The parties further request that the Court order them to file a further Status Report or a Stipulation of Dismissal with Prejudice on or before July 31, 2020. The parties will continue to cooperate with one another to ensure an expedient settlement of this matter notwithstanding any difficulties imposed by the COVID-19 pandemic.

Respectfully submitted this 24th day of April, 2020.

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ *Todd V. McMurtry* | /s/ *James E. Burke* |
| Todd V. McMurtry (82101) | James E. Burke (*pro hac vice*) |
| Kyle M. Winslow (95343) | Sarah V. Geiger |
| Hemmer DeFrank Wessels PLLC | Amanda B. Stubblefield |
| 250 Grandview Drive | Keating Muething & Klekamp PLL |
| Suite 500 | One East Fourth Street, Suite 1400 |
| Ft. Mitchell, KY 41017 | Cincinati, OH 45202 |
| Phone: (859) 344-1188 | Telephone: 513.579.6400 |
| Fax: (859) 578-3869 | Fax: 513.579.6457 |
| tmcmurtry@hemmerlaw.com | jburke@kmklaw.com |
| kwinslow@hemmerlaw.com | sgeiger@kmklaw.com |
| | astubblefield@kmklaw.com |
| L. Lin Wood (*pro hac vice*) | |
| L. LIN WOOD, P.C. | Charles D. Tobin (*pro hac vice*) |
| 1180 W. Peachtree St., Ste. 2040 | Maxwell S. Mishkin (*pro hac vice*) |
| Atlanta, GA 30309 | BALLARD SPAHR LLP |
| Phone: (404) 891-1402 | 1909 K Street, NW, 12th Floor |
| Fax: (404) 506-9111 | Washington, DC 20006 |
| lwood@linwoodlaw.com | Telephone: (202) 661-2200 |
| | Fax: (202) 661-2299 |
| | tobinc@ballardspahr.com |
| | mishkinm@ballardspahr.com |
| | |
| | Leita Walker (*pro hac vice*) |
| | BALLARD SPAHR LLP |
| | 2000 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, MN 55402-2274 |
| | Telephone: (612) 371-6222 |
| | Fax: (612) 3713207 |
| | walkerl@ballardspahr.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ *Todd V. McMurtry*
Plaintiff's Counsel