

# COMMONWEALTH OF KENTUCKY
# KENTON DISTRICT COURT

## GENERAL ORDER

Due to the State of Emergency declared by Governor Beshear by Executive Order 2020-215 and consistent with Supreme Court of Kentucky Orders 2020-08 and 2020-09 issued by Chief Justice Minton on March 12, 2020 and March 13, 2020 respectively, IT IS HEREBY ORDERED AND ADJUDGED as follows:

### DISTRICT COURT CRIMINAL ARRAIGNMENT DOCKETS

1. That the IN CUSTODY Felony, Misdemeanor and Traffic Arraignment dockets scheduled daily at 8:30 a.m. in Courtroom 1A will be held as usual.

2. That the OUT OF CUSTODY Felony, Misdemeanor and Traffic Arraignment dockets scheduled daily at 9:30 a.m. in Courtroom 1A are hereby cancelled through April 10, 2020. Any previous scheduled cases will be rescheduled by Court Notice issued by the Kenton Circuit Court Clerk.

### DISTRICT COURT CRIMINAL PRELIMINARY HEARING DOCKETS

3. That Preliminary Hearing for individuals IN CUSTODY will be held as scheduled by the Court. Courtroom attendance shall be limited to attorneys, parties and necessary witnesses.

4. That all previously scheduled Preliminary Hearings through April 10, 2020 for individuals OUT OF CUSTODY shall be continued and will be rescheduled by Court Notice issued by the Kenton Circuit Court Clerk.

### DISTRICT COURT CRIMINAL PRETRIALS, BENCH TRIALS AND JURY TRIALS

5. That any and all previously scheduled criminal Pretrial Conferences, Bench Trials and Jury Trials through April 10, 2020 are hereby continued and will be rescheduled by Court Notice issued by the Kenton Circuit Court Clerk.

### DISTRICT COURT JUVENILE CASES

6. Any and all IN CUSTODY Juvenile Detention Hearings/Arraignments will be heard as scheduled at 8:30 a.m. in the designated courtroom.

7. All previously scheduled Juvenile arraignments, pretrial/status conferences, dispositions and adjudications through April 10, 2020 are hereby continued and will be rescheduled by Court Notice issued by the Kenton Circuit Court Clerk.

### DISTRICT COURT MENTAL HEALTH 202 A & B CASES AND ADULT GUARDIANSHIPS

8. All Mental Health 202 A & B will be heard as scheduled

9. All Adult Emergency Guardianship Hearings will be heard as scheduled

10. All Adult Guardianship Trials scheduled through April 10, 2020 are hereby continued and will be rescheduled by Court Notice issued by the Kenton Circuit Court Clerk.

### DISTRICT COURT FORCIBLE DETAINER/EVICTION DOCKETS

11. All Forcible Detainer/Eviction dockets through April 10, 2020 are hereby cancelled.

12. That cases scheduled for March 19, 2020 shall be continued to a special Forcible Detainer/Eviction docket scheduled for Tuesday, April 14, 2020 at

1:30 in Courtroom 7B. The Kenton County Circuit Court Clerk shall send notice to all parties and counsel.

13. That an additional special Forcible Detainer/Eviction Docket will be scheduled for April 21, 2020 at 1:30 p.m. in Courtroom 4A.

14. That the Special Dockets schedule for Tuesday, April 14, 2020 and April 21, 2020 shall be limited to 75 cases per docket.

## DISTRICT COURT PROBATE MATTERS

15. All Probate Dockets all hereby cancelled through April 10, 2020.

16. Any new cases scheduled for appointment of executor/administrator shall be rescheduled by the Petitioning party with the Kenton Circuit Court Clerk.

17. Any and all hearings on post appointment cases/issues will be rescheduled by Court Notice issued by the Kenton Circuit Court Clerk.

## DISTRICT COURT CIVIL DOCKETS AND SMALL CLAIMS

18. All Civil Case and Small Claims dockets are hereby cancelled through April 10, 2020. Any previously scheduled cases shall be continued 6 weeks and will be rescheduled by Court Notice issued by the Kenton Circuit Court Clerk.

## DISTRICT COURT MENTAL HEALTH AND VETERAN COURTS

19. All Mental Health and Veteran Court dockets are hereby cancelled through April 10, 2020 and will be rescheduled by Court Notice issued by the Kenton Circuit Court Clerk.

20. All Mental Health and Veteran Court participants shall continue to meet with staff and comply with all previous orders.

SO ORDERED THIS /3 DAY OF MARCH 2020.

_____  
Judge Ann Ruttle  
Kenton District Court

_____  
Douglas J. Grothaus  
Kenton District Court

_____  
Judge Kenneth Easterling  
Kenton District Court

Cc: Judge Ann Ruttle  
Judge Douglas Grothaus  
Judge Kenneth Easterling  
Judge Gregory Bartlett  
Judge Kathleen Lape  
Judge Patricia Summe  
Judge Chris Mehling  
Kenton County Circuit Court Clerk  
Kenton County Sheriff  
Hon. Stacy Tapke, Kenton County Attorney  
Hon. Robert Sanders, Commonwealth's Attorney  
Hon. Dan Schubert, Kenton County Public Defender  
Terry Carl, Kenton County Jailer  
Paul Herbst, Kenton County Pretrial Services  
Court Designated Workers  
DJJ  
Northern Kentucky Regional Juvenile Detention Center  
CHFS Adult Guardianships  
General Order Book  
Northern Kentucky Bar Association