| AOC-854   Doc. Code: OAG & OCON<br>Rev. 8-02<br>Page 1 of 1 |   ORDER OF APPOINTMENT OF GUARDIAN / CONSERVATOR FOR MINOR | Case No. 20 P-130 |
|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>KRS 387.070, 387.100, 387.175 | | Court   District Probate<br>County _____ |

**IN RE:** Estate of NICHOLAS SANDMANN _____, a Minor under the age of 18.

The Court directs this **Order** to:

Name:      JULIE SANDMANN

Address:   1444 SHIREPEAK WAY

           INDEPENDENCE, KY

You are hereby **appointed** ☐ Guardian, ☐ Limited Guardian, ☑ Conservator of the above-named Minor.

If appointed **Guardian** or **Conservator**, your bond is fixed at $0.00 STATE Bond must be posted with the circuit court clerk before your appointment becomes effective. COUNTY OF KENTON
I, JOHN C. MIDDLETON, Clerk of the Circuit/District Courts, do hereby certify that the foregoing is a true and correct copy of the

You shall perform all ORDERS and DECREES of this Court required of you, including as recorded in my office.
Bond is set at $0.00 until assets approved & received. This 16 day of April 2021

JOHN C. MIDDLETON
By: _____ D.C.

If appointed **Guardian** or **Conservator**, you shall **file** with the Court:

1. An **Inventory** of the Minor's real estate, personal property and other financial resources. This Inventory must be filed **within sixty (60) days of appointment**. (You may use AOC Form 855).

2. A **Supplemental Inventory** if other property comes to your knowledge. This Supplemental Inventory must be filed **within sixty (60) days** of the time of obtaining such knowledge. (You may use AOC Form 855).

3. A **Periodic Settlement** to be filed one (1) year after appointment, and every year thereafter, unless the Minor's net estate is $5,000 or less in which case the report shall be filed every two (2) years after the original report. (You may use AOC Form 856).

4. A **Final Settlement** upon termination of appointment. (You may use AOC Form 856).

KENTON CIRCUIT/DISTRICT COURT ENTERED APR 16 2020 BY JOHN C. MIDDLETON D.C.

Date: 4/15, 2020.                                                                 _____ Judge

| AOC-854  Doc. Code: OAG & OCON<br>Rev. 8-02<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>KRS 387.070, 387.100, 387.175 | <br>**ORDER OF APPOINTMENT OF**<br>**GUARDIAN / CONSERVATOR FOR MINOR** | Case No. 20 P-130<br><br>Court   District Probate<br><br>County _____ |

**IN RE:** Estate of NICHOLAS SANDMANN _____, a Minor under the age of 18.

The Court directs this **Order** to:

Name:     JULIE SANDMANN

Address:  1444 SHIREPEAK WAY

          INDEPENDENCE, KY

You are hereby **appointed** ☐ Guardian, ☐ Limited Guardian, ☑ Conservator of the above-named Minor.

If appointed **Guardian** or **Conservator**, your bond is fixed at $0.00 _____. Bond must be posted with the circuit court clerk before your appointment becomes effective.

You shall perform all ORDERS and DECREES of this Court required of you, including:
Bond is set at $0.00 until assets approved & received.

STATE OF KENTUCKY
COUNTY OF KENTON
I, JOHN C. MIDDLETON, Clerk of the Circuit/District Courts, do hereby certify that the foregoing is a true and correct copy of the original as recorded in my office.
This 16 day of April, 2020
JOHN C. MIDDLETON
By: _____ D C

If appointed **Guardian** or **Conservator**, you shall **file** with the Court:

1. An **Inventory** of the Minor's real estate, personal property and other financial resources. This Inventory must be filed **within sixty (60) days of appointment.** (You may use AOC Form 855).

2. A **Supplemental Inventory** if other property comes to your knowledge. This Supplemental Inventory must be filed **within sixty (60) days** of the time of obtaining such knowledge. (You may use AOC Form 855).

3. A **Periodic Settlement** to be filed one (1) year after appointment, and every year thereafter, unless the Minor's net estate is $5,000 or less in which case the report shall be filed every two (2) years after the original report. (You may use AOC Form 856).

4. A **Final Settlement** upon termination of appointment. (You may use AOC Form 856).

ENTERED
KENTON CIRCUIT/DISTRICT COURT
APR 16 2020
BY JOHN C. MIDDLETON
_____ D C

Date: 4/15, 2020.                                          _____ Judge

| | | |
|---|---|---|
| AOC-854   Doc. Code: OAG & OCON<br>Rev. 8-02<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>KRS 387.070, 387.100, 387.175 | <br>**ORDER OF APPOINTMENT OF**<br>**GUARDIAN / CONSERVATOR FOR MINOR** | Case No. 20 P-130<br><br>Court   District Probate<br><br>County _____ |

**IN RE:** Estate of NICHOLAS SANDMANN _____, a Minor under the age of 18.

The Court directs this **Order** to:

Name:   JULIE SANDMANN

Address:   1444 SHIREPEAK WAY

   INDEPENDENCE, KY

You are hereby **appointed** [ ] Guardian, [ ] Limited Guardian, [✓] Conservator of the above-named Minor.

If appointed **Guardian** or **Conservator**, your bond is fixed at $0.00 ~~STATE OF KENTUCKY~~ **Bond must be posted** with the circuit court clerk before your appointment becomes effective.

COUNTY OF KENTON
I, JOHN C. MIDDLETON, Clerk of the Circuit/District Courts, do hereby certify th[at] the foregoing is a true and correct copy of t[he]

You shall perform all ORDERS and DECREES of this Court required of you, including as recorded in my office.
Bond is set at $0.00 until assets approved & received.

This ____ day of April 2020
JOHN C. MIDDLETON
By: _____ D.C.

If appointed **Guardian** or **Conservator**, you shall **file** with the Court:

1. An **Inventory** of the Minor's real estate, personal property and other financial resources. This Inventory must be filed **within sixty (60) days of appointment.** (You may use AOC Form 855).

2. A **Supplemental Inventory** if other property comes to your knowledge. This Supplemental Inventory must be filed **within sixty (60) days** of the time of obtaining such knowledge. (You may use AOC Form 855).

3. A **Periodic Settlement** to be filed one (1) year after appointment, and every year thereafter, unless the Minor's net estate is $5,000 or less in which case the report shall be filed every two (2) years after the original report. (You may use AOC Form 856).

4. A **Final Settlement** upon termination of appointment. (You may use AOC Form 856).

*KENTON CIRCUIT/DISTRICT COURT ENTERED APR 16 2020 By JOHN C. MIDDLETON D.C.*

Date: 4/15 , 2020.                             _____ Judge

| | | | | |
|---|---|---|---|---|
| | 11:30 AM | DI | **KENTON** | Run Date: 4/9/2020 2:49:35PM  DocketList.Rpt |
| Court | 4A | **COURTROOM 4A** | Prep Info **31294** | 04/09/2020 02:49 PM  1036362 |
| Judge | **HON. DOUGLAS J. GROTHAUS** | | | **04/15/2020 Court Docket** |

Start of docket 1                                                                                                                         Page 1 of 2

**2**        DI   **20-P-00130**        IN RE: GUARDIANSHIP OF SANDMANN, NICHOLAS                                877072

2002
- [x] SANDMANN, JULIE — APPLICANT — @60003785550
- [x] MCMURTRY, TODD V. — ATTORNEY — @60003785549
- [x] SANDMANN, NICHOLAS — CHILD — @60003785551
- [ ] SANDMANN, TED — FAMILY MEMBER FATHER — @60003785553
- [x] SANDMANN, JULIE — PLAINTIFF / PETITIONER — @60003785548

☐ Bail Credit Denied   ☐ Danger to self or others   ☐ Flight Risk

**OTHER HEARING**

— Amanda Stubblefield for CASA (Kathryn)

— Zoom invite sent to McMurtry 4/13/20 @ 8:50 for 4/15/20 11:30AM

— Rec'd any funds yet?

— How much funds do you anticipate receiving?

Julie Sandmann appted + sworn as Conservator

Bond - $0 until Assets received

**ENTERED**
**KENTON CIRCUIT/DISTRICT COURT**
**APR 1 6 2020**
JOHN C. MIDDLETON
BY _____ D.C.

04/15/2020   4A   11:30 AM          Page 1 of 2          Judge Signature: _____