UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>                    Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.<br><br>                    Defendant. | Civil Action No. 2:19-CV-31-WOB-CJS |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nicholas Sandmann, now 18 years of age, and Defendant Cable News Network, Inc., hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

This dismissal applies only to the captioned lawsuit, Civil Action No. 2:19-CV-31-WOB-CJS against Cable News Network, Inc., and this dismissal is not intended to have any effect whatsoever on other cases pending, or to be filed, by Nicholas Sandmann.

Respectfully submitted this 29 day of July, 2020.

| | |
|---|---|
| */s/ Todd V. McMurtry* <br>Todd V. McMurtry<br>Kentucky Bar No. 82101<br>**Hemmer DeFrank Wessels PLLC**<br>250 Grandview Avenue<br>Suite 500<br>Ft. Mitchell, KY 41017<br>Telephone: (859) 344-1188<br>tmcmurtry@hemmerlaw.com | */s/ James E. Burke*<br>James E. Burke (*pro hac vice*)<br>Sarah V. Geiger<br>Kentucky Bar No. 96173<br>Amanda B. Stubblefield<br>Kentucky Bar No. 96213<br>**Keating Muething & Klekamp PLL**<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202<br>Telephone: (513) 579-6400<br>Fax: (513) 579-6457<br>jburke@kmklaw.com |

L. Lin Wood (*pro hac vice*)
**L. Lin Wood, P.C.**
1180 West Peachtree Street
Suite 2040
Atlanta, GA 30309
Telephone: (404) 891-1402
Fax: (404) 506-9111
lwood@linwoodlaw.com

*Counsel for Plaintiff*

sgeiger@kmklaw.com
astubblefield@kmklaw.com

Charles D. Tobin (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
**Ballard Spahr LLP**
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

Leita Walker (*pro hac vice*)
**Ballard Spahr LLP**
80 South Eight Street
2000 IDS Center
Minneapolis, MN 55402
Telephone: (612) 371-3211
Fax: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2020, I electronically filed the foregoing **Stipulation of Voluntary Dismissal With Prejudice** via CM/ECF system, which will send a notice of filing to all counsel of record.

This 29th day of July, 2020.

/s/ *Todd V. McMurtry*
Todd V. McMurtry